Public Citizen, Inc. et al v. Louisiana Attorney Disciplinary Board et al | Doc. 3

FILED '08 SEP 23 10:14 USDC-LAE

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PUBLIC CITIZEN, INC.; MORRIS BART; MORRIS BART L.L.C.; WILLIAM N. GEE, III; and WILLIAM N. GEE, III, LTD.;<br><br>Plaintiffs,<br><br>v.<br><br>LOUISIANA ATTORNEY DISCIPLINARY BOARD; BILLY R. PESNELL, in his official capacity as Chair of the Louisiana Attorney Disciplinary Board; and CHARLES B. PLATTSMIER, in his official capacity as Chief Disciplinary Counsel for the Louisiana Attorney Disciplinary Board's Office of Disciplinary Counsel;<br><br>Defendants. | Civil Action No. **08-4451**<br><br>**SECT F MAG 2**<br><br>**CORPORATE DISCLOSURE STATEMENT** |

___ Fee_____
___ Process_____
_X_ Dktd _____
_✓_ CtRmDep_____
___ Doc. No_____

Dockets.Justia.com

# CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Public Citizen, Inc. certifies that it has no parent corporation, and no publicly held corporation owns ten percent or more of its stock.

Dated: Sep. 23, 2008

                          Respectfully submitted,

                          */s/ Dane S. Ciolino*

Dane S. Ciolino, T.A., La. Bar No. 19,311
DANE S. CIOLINO, LLC
P.O. Box 850848
New Orleans, LA 70185-0848
Phone: (504) 834-8519
Fax: (504) 324-0143
Email: dciolino@loyno.edu

*Counsel for Plaintiffs Public Citizen, Inc., William N. Gee, III, and William N. Gee, III, Ltd.*

Terry B. Loup, La. Bar No. 8823
MORRIS BART, LLC
20th Floor
909 Poydras Street
New Orleans, Louisiana 70112
Telephone: 504-599-3254

*Counsel for Plaintiffs Morris Bart and Morris Bart, L.L.C.*

Gregory A. Beck
DC Bar No. 494479, pro hac vice to be filed
Brian Wolfman
DC Bar No. 427491, pro hac vice to be filed
PUBLIC CITIZEN LITIGATION GROUP
1600 20th St., NW
Washington, DC 20009
Phone: (202) 588-1000
Fax: (202) 588-7795

*Counsel for All Plaintiffs*