FILED 08 SEP 24 16:08 USDC-LAE



OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: September 24, 2008

PUBLIC CITIZEN, INC., ET AL

vs.

LOUISIANA ATTORNEY DISCIPLINARY BOARD

Case No. 08-4451"F"(2)

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ____ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Billy R. Pesnell
   (address) 400 Travis Street, Suite 1100, Shreveport, LA

2. (name) Charles B. Plattsmier
   (address) 4000 S. Sherwood Forest Boulevard, Suite 607, Baton Rouge, LA

3. (name) _____
   (address) _____

4. (name) _____
   (address) _____

Very truly yours, Terry B. Loup

_____#8823_____
"Signature"

Attorney for Plaintiffs
Address 909 Poydras St, Suite 2000
        New Orleans, LA 70112

✓ Fee ____
✓ Process ____
X Dktd ____
__ CtRmDep ____
__ Doc. No. ____