**RETURN**

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| Public Citizen, Inc., et al | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 08-4451"F"(2) |
| Louisiana Attorney Disciplinary Board | ) |
| Defendant | ) |

### Summons in a Civil Action

To: *(Defendant's name and address)*

Charles B. Plattsmier
4000 S. Sherwood Forest Boulevard
Suite 607
Baton Rouge, LA

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Dane S. Ciolino, P.O. Box 850848, New Orleans, LA 70185-0848

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LORETTA G. WHYTE
Name of clerk of court

Date: SEP 2 4 2008

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on <u>Charles B. Plattsmier</u>
by:

    (1) personally delivering a copy of each to the individual at this place, <u>4000 S. Sherwood Forest Blvd. Ste. 607 Baton Rouge, LA at 2:12 PM on September 25, 2008</u> ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other *(specify)* _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>0.00</u> .

Date: <u>9/25/08</u>

_____
Server's signature

<u>Shannon Eastman-Stuart</u>
Printed name and title

<u>5565 Hilton Ave. Ste-565 Baton Rouge, LA 70808</u>
Server's address