FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 OCT 15 PM 2:30

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PUBLIC CITIZEN, INC; MORRIS BART; MORRIS BART, L.L.C.; WILLIAM N. GEE, III; and WILLIAM N. GEE, III, LTD.; | |
| Plaintiffs, | CIVIL ACTION NO. 08-4451 |
| VERSUS | SECTION "F" |
| | JUDGE FELDMAN |
| LOUISIANA ATTORNEY DISCIPLINARY BOARD; BILLY R. PESNELL, in his official capacity as Chair of the Louisiana Attorney Disciplinary Board; and CHARLES B. PLATTSMIER, in his official capacity as Chief Disciplinary Board's Office of Disciplinary Counsel; | MAGISTRATE WILKINSON |
| Defendants. | |

## ORDER

Upon consideration of the Consent Motion to Extend Time to Respond to Complaint and Incorporated Memorandum and Local Rule 7.9 Certificate (R. Doc. );

It is hereby ORDERED that the Motion is **GRANTED**; and

- 1 -

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep___
___ Doc. No.____

Dockets.Justia.com

It is further ORDERED that Defendants, the Louisiana Attorney Disciplinary Board, Billy R. Pesnell, and Charles B. Plattsmier, shall have until November 4, 2008 to respond to Plaintiffs' Complaint in the above-captioned matter.

New Orleans, Louisiana, this \_\_6\_\_ day of \_\_Oct.\_\_, 2008.

_____
Honorable Martin L.C. Feldman
United States District Judge