UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PUBLIC CITIZEN, INC. | CIVIL ACTION |
| VERSUS | NO. 08-4451 |
| LOUISIANA ATTORNEY DISCIPLINARY, ETC. | SECTION "F" |

## PRELIMINARY TELEPHONE CONFERENCE NOTICE

**A PRELIMINARY CONFERENCE** regarding this case will be held by telephone on **DECEMBER 9, 2008,** at **2:30 P.M.,** for the purpose of scheduling a pre-trial conference and trial on the merits and for a discussion of the status and discovery cut-off dates.

**TRIAL COUNSEL** are to participate in this conference. If, however, you are unable for good cause to do so, another attorney in your firm may participate if acquainted with all details of the case and authorized to enter into any necessary agreements. If, for good cause, neither is possible, you must file a Motion and Order to Continue at least one week prior to the above date.

STEVE HILL
COURTROOM DEPUTY CLERK, SECTION"F"
(504)589-7685

**NOTICE OF COMPLIANCE WITH FED. RULES CIV. P. 26(a)(1) & 26 (f)**
**COUNSEL ARE TO COMPLY WITH THE DISCLOSURE REQUIREMENTS OF RULE 26(a)(1) and 26(f) AND THE CORPORATE DISCLOSURE REQUIREMENTS OF F.R.C.P. 7.1 AND LOCAL RULE 5.6E.   COUNSEL ARE TO BE PREPARED TO ANSWER THE ATTACHED QUESTIONS CONCERNING DISCLOSURE.**
**COUNSEL ADDING NEW PARTIES SUBSEQUENT TO THE MAILING OF THIS NOTICE SHALL NOTIFY SUCH NEW PARTY TO APPEAR AS REQUIRED BY THIS NOTICE.**

# IMPORTANT NOTICE TO COUNSEL

COUNSEL WILL BE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS REGARDING DISCLOSURE AT THE CONFERENCE.

1. Have all parties completed Rule (a)(1) mandatory intitial disclosures?

2. Have all parties stipulated that initial disclosures under Rule 26(a)(1) will not be made in this case.

3. Do any parties object to making Rule 26(a)(1) initial disclosures in this case?

4.  Have the corporate parties filed their corporate disclosure statements?