# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PUBLIC CITIZEN, INC., *et al.*, | |
| Plaintiffs, | Civil Action No. 08-4451 |
| v. | |
| LOUISIANA ATTORNEY DISCIPLINARY BOARD, *et al.*; | |
| Defendants. | |

## UNOPPOSED MOTION FOR LEAVE TO FILE MEMORANDUM THAT EXCEEDS PAGE LIMIT

Plaintiffs hereby move, pursuant to Local Rule 7.8.1, for leave to file a memorandum that exceeds the twenty-five page limit set forth by the rule. For the reasons set forth in the accompanying memorandum, plaintiffs respectfully request that the Court grant them permission to file the attached thirty-five page Memorandum in Support of Motion for Preliminary Injunction.

On October 21, 2008, plaintiffs contacted counsel for defendants, who stated that defendants do not oppose this motion.

Dated:	Respectfully submitted,

_____
Dane S. Ciolino, T.A., La. Bar No. 19,311
DANE S. CIOLINO, LLC
P.O. Box 850848
New Orleans, LA 70185-0848
Phone: (504) 834-8519
Fax: (504) 324-0143
Email: dciolino@loyno.edu

*Counsel for Plaintiffs Public Citizen, Inc., William N. Gee, III, and William N. Gee, III, Ltd.*

Terry B. Loup, La. Bar No. 8823
MORRIS BART, L.L.C.
20th Floor
909 Poydras Street
New Orleans, Louisiana  70112
Phone: (504) 599-3254
Fax: (504) 599-3380
Email: tloup@morrisbart.com

*Counsel for Plaintiffs Morris Bart and Morris Bart, L.L.C.*

Gregory A. Beck
DC Bar No. 494479, pro hac vice pending
Brian Wolfman
DC Bar No. 427491, pro hac vice pending
PUBLIC CITIZEN LITIGATION GROUP
1600 20th St., NW
Washington, DC  20009
Phone:  (202) 588-1000
Fax:  (202) 588-7795
Email:  gbeck@citizen.org
        brian@citizen.org

*Counsel for All Plaintiffs*