FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 OCT 24 PM 4 14

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

PUBLIC CITIZEN, INC., *et al.*,

    Plaintiffs,

v.

LOUISIANA ATTORNEY DISCIPLINARY BOARD, *et al.*;

    Defendants.

Civil Action No. 08-4451

Sect F/5

## [PROPOSED] ORDER

Plaintiffs having filed an unopposed motion for leave to file a memorandum in support of their motion for preliminary injunction that exceeds the twenty-five page limit provided by Local Rule 7.8.1,

IT IS ORDERED that Plaintiffs are granted leave to file a thirty-five page memorandum. The Clerk shall file the Memorandum in Support of Motion for Preliminary Injunction attached to Plaintiffs' motion.

Date: 10.24.08

MARTIN L.C. FELDMAN
UNITED STATES DISTRICT JUDGE

\_\_\_ Fee_____
\_\_\_ Process_____
X  Dktd_____
✓  CtRmDep_____
\_\_\_ Doc. No._____

-1-

Dockets.Justia.com