# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PUBLIC CITIZEN, INC., *et al.*, | |
| Plaintiffs, | CIV. ACTION NO. 08-4451 |
| v. | SEC. F (JUDGE FELDMAN) |
| LOUISIANA ATTORNEY DISCIPLINARY BOARD, *et al.*; | MAG. 2 (MAG. JUDGE WILKINSON) |
| Defendants. | |

**PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Plaintiffs hereby move for a preliminary injunction against enforcement of the following rules of the Louisiana Rules of Professional Conduct, as amended effective December 1, 2008: Rule 7.2(c)(1)(D), (E), (I) & (L); the prohibition on the "portrayal of a judge or a jury" in Rule 7.2(c)(1)(J); and Rule 7.5(b)(1)(C) & (b)(2)(C). As set forth in the accompanying memorandum and declarations, these rules unconstitutionally restrict lawyer advertising in violation of the First and Fourteenth Amendments to the U.S. Constitution.

Dated:                          Respectfully submitted,

_____
Dane S. Ciolino, T.A., La. Bar No. 19,311
DANE S. CIOLINO, LLC
P.O. Box 850848
New Orleans, LA 70185-0848
Phone: (504) 834-8519
Fax: (504) 324-0143
Email: dciolino@loyno.edu

*Counsel for Plaintiffs Public Citizen, Inc., William N. Gee, III, and William N. Gee, III, Ltd.*

Terry B. Loup, La. Bar No. 8823
MORRIS BART, L.L.C.
20th Floor
909 Poydras Street
New Orleans, Louisiana 70112
Phone: (504) 599-3254
Fax: (504) 599-3380
Email: tloup@morrisbart.com

*Counsel for Plaintiffs Morris Bart and Morris Bart, L.L.C.*

Gregory A. Beck
DC Bar No. 494479, pro hac vice pending
Brian Wolfman
DC Bar No. 427491, pro hac vice pending
PUBLIC CITIZEN LITIGATION GROUP
1600 20th St., NW
Washington, DC  20009
Phone:  (202) 588-1000
Fax:  (202) 588-7795
Email:  gbeck@citizen.org
         brian@citizen.org

*Counsel for All Plaintiffs*