# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PUBLIC CITIZEN, INC., *et al.*, | |
| Plaintiffs, | CIV. ACTION NO. 08-4451 |
| v. | SEC. F (JUDGE FELDMAN) |
| LOUISIANA ATTORNEY DISCIPLINARY BOARD, *et al.*; | MAG. 2 (MAG. JUDGE WILKINSON) |
| Defendants. | |

## REQUEST FOR ORAL ARGUMENT

Plaintiffs respectfully request oral argument on their Motion for Preliminary Injunction. Oral argument is warranted because the case raises important questions of commercial free speech with the potential to affect the First Amendment rights of all lawyers and consumers in Louisiana. Plaintiffs believe oral argument would benefit the Court and would help clarify application of the numerous relevant commercial speech precedents to the various rules challenged here.

Dated: Respectfully submitted,

_____
Dane S. Ciolino, T.A., La. Bar No. 19,311
DANE S. CIOLINO, LLC
P.O. Box 850848
New Orleans, LA 70185-0848
Phone: (504) 834-8519
Fax: (504) 324-0143
Email: dciolino@loyno.edu

*Counsel for Plaintiffs Public Citizen, Inc., William N. Gee, III, and William N. Gee, III, Ltd.*

Terry B. Loup, La. Bar No. 8823
MORRIS BART, L.L.C.
20th Floor
909 Poydras Street
New Orleans, Louisiana 70112
Phone: (504) 599-3254
Fax: (504) 599-3380
Email: tloup@morrisbart.com

*Counsel for Plaintiffs Morris Bart and Morris Bart, L.L.C.*

Gregory A. Beck
DC Bar No. 494479, pro hac vice pending
Brian Wolfman
DC Bar No. 427491, pro hac vice pending
PUBLIC CITIZEN LITIGATION GROUP
1600 20th St., NW
Washington, DC 20009
Phone: (202) 588-1000
Fax: (202) 588-7795
Email: gbeck@citizen.org
  brian@citizen.org

*Counsel for All Plaintiffs*