# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PUBLIC CITIZEN, INC., *et al.*, | |
| Plaintiffs, | CIV. ACTION NO. 08-4451 |
| v. | SEC. F (JUDGE FELDMAN) |
| LOUISIANA ATTORNEY DISCIPLINARY BOARD, *et al.*; | MAG. 2 (MAG. JUDGE WILKINSON) |
| Defendants. | |

## MOTION FOR ADMISSION PRO HAC VICE
## OF GREGORY A. BECK

The undersigned, Dane S. Ciolino, a member in good standing of the Bar of Louisiana and this Court, respectfully moves under Local Rule 83.2.6 to permit the admission pro hac vice of Gregory A. Beck of Public Citizen, 1600 20th St. NW, Washington, DC 20009, as counsel for the plaintiffs in this case. I will be associated with Mr. Beck and will be responsible to the Court at all stages of the proceedings. As set forth in the accompanying Declaration of Gregory A. Beck, Mr. Beck is licensed to practice law in the highest court of the District of Columbia and otherwise satisfies the requirements of the local rule.

Dated:                              Respectfully submitted,


_____
Dane S. Ciolino, T.A., La. Bar No. 19,311
DANE S. CIOLINO, LLC
P.O. Box 850848
New Orleans, LA 70185-0848
Phone: (504) 834-8519
Fax: (504) 324-0143
Email: dciolino@loyno.edu

*Counsel for Plaintiffs Public Citizen, Inc., William N. Gee, III, and William N. Gee, III, Ltd.*

Terry B. Loup, La. Bar No. 8823
MORRIS BART, L.L.C.
20th Floor
909 Poydras Street
New Orleans, Louisiana  70112
Phone: (504) 599-3254
Fax: (504) 599-3380
Email: tloup@morrisbart.com

*Counsel for Plaintiffs Morris Bart and Morris Bart, L.L.C.*