UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PUBLIC CITIZEN, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> LOUISIANA ATTORNEY DISCIPLINARY BOARD, *et al.*; <br><br> Defendants. | Civil Action No. 08-4451 |

**PLAINTIFFS' UNOPPOSED EX PARTE MOTION FOR LEAVE TO SUBSTITUTE EXHIBIT IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCITON**

Plaintiffs hereby move for an order permitting them to file the attached Declaration of Gregory A. Beck to replace Document No. 15-5 as an exhibit in support of their Motion for Preliminary Injunction (Doc. No. 15). This exhibit was inadvertently omitted (and two copies of the Declaration of Morris Bart were filed) when the original preliminary injunction motion was filed. Counsel for the defendants was contacted and counsel has no objection to the filing of this motion.

Respectfully submitted,

_____
Dane S. Ciolino, T.A., La. Bar No. 19,311
DANE S. CIOLINO, LLC
P.O. Box 850848
New Orleans, LA 70185-0848
Phone: (504) 834-8519
Fax: (504) 324-0143
Email: dciolino@loyno.edu

*Counsel for Plaintiffs Public Citizen, Inc., William N. Gee, III, and William N. Gee, III, Ltd.*

Terry B. Loup, La. Bar No. 8823
MORRIS BART, L.L.C.
20th Floor
909 Poydras Street
New Orleans, Louisiana  70112
Phone: (504) 599-3254
Fax: (504) 599-3380
Email: tloup@morrisbart.com

*Counsel for Plaintiffs Morris Bart and Morris Bart, L.L.C.*

Gregory A. Beck
DC Bar No. 494479, pro hac vice pending
Brian Wolfman
DC Bar No. 427491, pro hac vice pending
PUBLIC CITIZEN LITIGATION GROUP
1600 20th St., NW
Washington, DC  20009
Phone:  (202) 588-1000
Fax:  (202) 588-7795
Email:  gbeck@citizen.org
          brian@citizen.org

*Counsel for All Plaintiffs*