# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

PUBLIC CITIZEN, INC., *et al.*,

    Plaintiffs,

v.

LOUISIANA ATTORNEY DISCIPLINARY BOARD, *et al.*;

    Defendants.

Civil Action No. 08-4451

## ORDER

IT IS ORDERED THAT the plaintiffs are granted leave to file the Declaration of Gregory A. Beck ("Beck Declaration") to replace Document No. 15-5 as an exhibit in further support of their Motion for Preliminary Injunction (Doc. No. 15). The Clerk shall file the Beck Declaration into the record in this matter.

Date: 10/28/08

_____
MARTIN L.C. FELDMAN
UNITED STATES DISTRICT JUDGE