# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PUBLIC CITIZEN, INC., *et al.*, | |
| Plaintiffs, | CIV. ACTION NO. 08-4451 |
| v. | SEC. F (JUDGE FELDMAN) |
| LOUISIANA ATTORNEY DISCIPLINARY BOARD, *et al.*; | MAG. 2 (MAG. JUDGE WILKINSON) |
| Defendants. | |

## ORDER

Plaintiffs having moved for admission pro hac vice of Gregory A. Beck, and the Court having determined that the requirements of Local Rule 83.2.6 have been satisfied,

IT IS ORDERED that Gregory A. Beck is granted leave to appear in this case pro hac vice.

Date: 10/28/08

_____
MARTIN L.C. FELDMAN
UNITED STATES DISTRICT JUDGE