UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

PUBLIC CITIZEN, INC., ET AL.                    CIVIL ACTION

VERSUS                                          NO. 08-4451

LOUISIANA ATTORNEY DISCIPLINARY                 SECTION "F"
BOARD, ET AL.

ORDER

Before the Court is Plaintiffs' Motion for Preliminary Injunction, set for hearing on November 19, 2008.

IT IS ORDERED: that the Court will hear oral argument at 10:00 a.m.  Each side is allotted 30 minutes for argument.

New Orleans, Louisiana, October 30, 2008.

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE

1