UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PUBLIC CITIZEN, INC; MORRIS BART; MORRIS BART, L.L.C.; WILLIAM N. GEE, III; and WILLIAM N. GEE, III, LTD.;<br><br>Plaintiffs,<br><br>VERSUS<br><br>LOUISIANA ATTORNEY DISCIPLINARY BOARD; BILLY R. PESNELL, in his official capacity as Chair of the Louisiana Attorney Disciplinary Board; and CHARLES B. PLATTSMIER, in his official capacity as Chief Disciplinary Board's Office of Disciplinary Counsel;<br><br>Defendants. | CIVIL ACTION NO. 08-4451<br><br>SECTION "F"<br><br>JUDGE FELDMAN<br><br>MAGISTRATE WILKINSON |

## MOTION FOR ADMISSION *PRO HAC VICE*

Undersigned counsel, Kathryn M. Knight, as a member in good standing of the bar of this Court and pursuant to Rule 83.2.6E of the Uniform Local Rules of the United States District Court for the Eastern District of Louisiana, hereby moves for admission *pro hac vice* of John H. Beisner and Jessica Davidson Miller of O'Melveny & Myers, LLP as co-counsel for the

- 1 -

Louisiana Attorney Disciplinary Board, Billy R. Pesnell, and Charles B. Plattsmier in the above-captioned matter. In support of this Motion, movant states as follows:

1. John H. Beisner is not a member of the Bar of the Eastern District of Louisiana or the State of Louisiana.

2. John H. Beisner is a member in good standing of the Bar of the District of Columbia. Attached hereto as Exhibit "A" is a Certificate of Good Standing issued by the District of Columbia Court of Appeals.

3. Jessica Davidson Miller is not a member of the Bar of the Eastern District of Louisiana or the State of Louisiana.

4. Jessica Davidson Miller is a member in good standing of the Bar of the District of Columbia. Attached hereto as Exhibit "B" is a Certificate of Good Standing issued by the District of Columbia Court of Appeals.

5. The requested admissions are solely for the purpose of participating in the representation of the Louisiana Attorney Disciplinary Board, Billy R. Pesnell, and Charles B. Plattsmier in the above-captioned matter.

6. Undersigned counsel is unaware of any reason why John H. Beisner or Jessica Davidson Miller might be deemed unfit or unqualified for *pro hac vice* admission to this bar.

7. The affidavits of John H. Beisner and Jessica Davidson Miller required by Local Rule 83.2.6E are attached hereto *in globo* as Exhibit "C."

WHEREFORE, undersigned counsel prays that this Court admit John H. Beisner and Jessica Davidson Miller of O'Melveny & Myers, LLP *pro hac vice*, to appear and participate

as co-counsel for the Louisiana Attorney Disciplinary Board, Billy R. Pesnell, and Charles B. Plattsmier in Civil Action No. 08-4451, subject to all conditions and obligations which this Court may deem proper to impose.

Dated: October 31, 2008

Respectfully submitted,

/s/ *Kathryn M. Knight*
Phillip A. Wittmann, 13625
Kathryn M. Knight, 28641
Matthew S. Almon, 31013
    Of
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: (504) 581-3200
Fax: (504) 581-3361

*Attorneys for the Louisiana Attorney Disciplinary Board, Billy R. Pesnell, and Charles B. Plattsmier*

OF COUNSEL:

John H. Beisner
Jessica Davidson Miller
O'MELVENY & MYERS, LLP
1625 Eye Street, N.W.
Washington, D.C. 20006
Phone: (202) 383-5300

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of October, 2008, a copy of the foregoing Motion for Admission *Pro Hac Vice* has been served upon each counsel of record by notice of electronic filing generated through the CM/ECF system, and/or by United States mail, facsimile, or e-mail for those counsel who are not participants in the CM/ECF system.

*/s/ Kathryn M. Knight*