UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

PUBLIC CITIZEN, INC; MORRIS          *
BART; MORRIS BART, L.L.C.;           *
WILLIAM N. GEE, III; and WILLIAM N.  *
GEE, III, LTD.;                      *
                                     *
         Plaintiffs,                 *      CIVIL ACTION NO. 08-4451
                                     *
VERSUS                               *      SECTION "F"
                                     *
                                     *      JUDGE FELDMAN
LOUISIANA ATTORNEY                   *
DISCIPLINARY BOARD; BILLY R.         *      MAGISTRATE WILKINSON
PESNELL, in his official capacity as Chair *
of the Louisiana Attorney Disciplinary *
Board; and CHARLES B. PLATTSMIER,    *
in his official capacity as Chief    *
Disciplinary Board's Office of Disciplinary *
Counsel;                             *
                                     *
         Defendants.                 *
                                     *

* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the Motion for Admission *Pro Hac Vice* filed by counsel for

defendants Louisiana Attorney Disciplinary Board, Billy R. Pesnell, and Charles B. Plattsmier;

**IT IS ORDERED THAT** John H. Beisner and Jessica Davidson Miller of

O'Melveny & Myers, LLP be admitted *pro hac vice*, to appear and participate as co-counsel for

- 1 -

948886v.1

the Louisiana Attorney Disciplinary Board, Billy R. Pesnell, and Charles B. Plattsmier in Civil

Action No. 08-4451 in the above-captioned matter.

New Orleans, Louisiana, this 3rd day of _____ November _____, 2008.

_____
UNITED STATES DISTRICT JUDGE

948886v.1