UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


PUBLIC CITIZEN, INC., ET AL.                CIVIL ACTION


VERSUS                                      NO. 08-4451


LOUISIANA ATTORNEY DISCIPLINARY             SECTION "F"
BOARD, ET AL.


ORDER

Before the Court are Plaintiffs' Motion for Preliminary Injunction, set for hearing on November 19, 2008, and both parties' Joint Motion to Reserve Ruling on Motion for Preliminary Injunction and to Extend Time Within Which Defendants Must Answer.

IT IS ORDERED: that the Motion to Reserve Ruling on the Motion for Preliminary Injunction is GRANTED.

IT IS FURTHER ORDERED: that the Plaintiffs' Motion for Preliminary Injunction is DENIED without prejudice. The motion may be re-noticed by counsel, if necessary, at the appropriate time.

IT IS FURTHER ORDERED: that the request for a status conference is DENIED without prejudice. A scheduling conference with the courtroom deputy is already set for December 9, 2008, at which time the parties may request an expedited schedule for dispositive motions and trial.

1

Dockets.Justia.com

IT IS FURTHER ORDERED: that the request to extend the time within which defendants must respond to the complaint is GRANTED. Defendants shall have until December 4, 2008 to respond to plaintiffs' complaint.

New Orleans, Louisiana, November 6, 2008.

MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE