PUBLIC CITIZEN, INC., et al.,                      CIVIL ACTION
                              Plaintiffs
                                                   NO. 08-4451
VERSUS
                                                   SECTION "F"

LOUISIANA ATTORNEY DISCIPLINARY          JUDGE FELDMAN
BOARD, et al.,
                              Defendants            MAGISTRATE JUDGE WILKINSON


## *EX PARTE* MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

Morris Bart and Morris Bart, L.L.C. [the "Bart Plaintiffs"] move this Honorable Court to

enroll James M. Garner (Louisiana Bar No. 19589), Joshua S. Force (Louisiana Bar No. 21975), and

Christopher T. Chocheles (Louisiana Bar No. 26848) of Sher Garner Cahill Richter Klein & Hilbert,

909 Poydras Street, 28th Floor, New Orleans, Louisiana 70112 as additional counsel of record on

their behalf in the above matter. Bart Plaintiffs request further that James M. Garner be designated

as trial attorney ("T.A."). Bart Plaintiffs pray that this motion be granted and that Mr. Garner, Mr.

Force, and Mr. Chocheles be named as additional counsel of record on Bart Plaintiffs' behalf.

1

RESPECTFULLY SUBMITTED:

/s/ James M. Garner
JAMES M. GARNER, #19589, Trial Attorney
JOSHUA S. FORCE, #21975
CHRISTOPHER T. CHOCHELES, #26848
**SHER GARNER CAHILL RICHTER
KLEIN & HILBERT, L.L.C.**
909 Poydras St., 28th Floor
New Orleans, LA 70112
Telephone: 504-299-2100
Facsimile: 504-299-2300

and

TERRY B. LOUP, #8823
**MORRIS BART, LLC**
909 Poydras Street, 20th Floor
New Orleans, LA 70112
Telephone: (504) 599-3254

**ATTORNEYS FOR MORRIS BART AND
MORRIS BART, L.L.C.**

## CERTIFICATE OF SERVICE

I hereby certify that on January 5th, 2009, I electronically filed the forgoing with the Clerk

of Court by using the CM/ECF system which will send a notice of electronic filing to counsel of

record in the captioned matter.

/s/ James M. Garner