UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SCOTT G. WOLFE, JR.; and <br> WOLFE LAW GROUP, L.L.C. <br><br> Plaintiffs, <br><br> v. <br><br> LOUISIANA ATTORNEY <br> DISCIPLINARY BOARD; BILLY R. <br> PESNELL, in his official capacity as Chair <br> of the Louisiana Attorney Disciplinary <br> Board; and CHARLES B. PLATTSMIER, <br> in his capacity as Chief Disciplinary <br> Counsel for the Louisiana Attorney <br> Disciplinary Board's Office of Disciplinary <br> Counsel; <br><br> Defendants. | Master Docket: <br> Civil Action No. 08-4451 <br><br> Relates To: <br> Civil Action No. 08-4994 <br><br><br><br><br> Section F (Judge Feldman) <br><br> Mag 2 (Mag. Judge Wilkinson) |

## **EX-PARTE MOTION TO ENROLL AS COUNSEL**

NOW INTO COURT, through undersigned counsel respectfully comes Svenson Law Firm, L.L.C., and Ernest E. Svenson, who move to be enrolled as counsel of record for Plaintiffs, Wolfe Law Group, L.L.C. and Scott G. Wolfe, Jr. In accordance with Local Rule 83.2.8.1E, Mr. Svenson is familiar with the record (and all deadlines) in the captioned matter and all consolidated matters.

Scott G. Wolfe, Jr. shall remain enrolled as co-counsel.

Dated: January 6, 2009

Respectfully submitted,

_____
Ernest E. Svenson (La. Bar 17164)
Svenson Law Firm, L.L.C.
123 Walnut Street, Suite 1001
New Orleans, LA 70118
Tel: 504-208-5199
Fax: 504-324-0453
Counsel for Plaintiffs

Respectfully submitted,

  /s   Scott G. Wolfe, Jr.
Scott G Wolfe, Jr. (30122)
Wolfe Law Group, LLC
4821 Prytania Street
New Orleans, LA 70115
504-894-9653
Fax: 866-761-8934
Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

A copy of this motion was served electronically upon all counsel of record on this date: January 6, 2009.

_____
Ernest E. Svenson