| | |
|---|---|
| PUBLIC CITIZEN, INC., et al.,<br>          Plaintiffs | CIVIL ACTION |
| | NO. 08-4451 |
| VERSUS | |
| | SECTION "F" |
| LOUISIANA ATTORNEY DISCIPLINARY<br>BOARD, et al., | JUDGE FELDMAN |
|           Defendants | MAGISTRATE JUDGE WILKINSON |

## ORDER GRANTING *EX PARTE* MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

**CONSIDERING** the foregoing *Ex Parte* Motion to Enroll Additional Counsel of Record (the "*Ex Parte* Motion") and good cause appearing,

**IT IS HEREBY ORDERED** that the *Ex Parte* Motion is **GRANTED** and James M. Garner (Louisiana Bar No. 19589), Joshua S. Force (Louisiana Bar No. 21975), and Christopher T. Chocheles (Louisiana Bar No. 26848) of Sher Garner Cahill Richter Klein & Hilbert, L.L.C., 909 Poydras Street, 28th Floor, New Orleans, Louisiana, 70112, shall be enrolled as additional counsel of record for Morris Bart and Morris Bart, L.L.C. in this suit.

New Orleans, Louisiana, this  7th  day of January, 2009.

_____
MARTIN FELDMAN, U.S.D.J.