UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SCOTT G. WOLFE, JR.; and <br> WOLFE LAW GROUP, L.L.C. <br><br> Plaintiffs, <br><br> v. <br><br> LOUISIANA ATTORNEY DISCIPLINARY BOARD; BILLY R. PESNELL, in his official capacity as Chair of the Louisiana Attorney Disciplinary Board; and CHARLES B. PLATTSMIER, in his capacity as Chief Disciplinary Counsel for the Louisiana Attorney Disciplinary Board's Office of Disciplinary Counsel; <br><br> Defendants. | Master Docket: <br> Civil Action No. 08-4451 <br><br> Relates To: <br> Civil Action No. 08-4994 <br><br><br><br> Section F (Judge Feldman) <br><br> Mag 2 (Mag. Judge Wilkinson) |

## PROPOSED ORDER

CONSIDERING THE FOREGOING, IT IS ORDERED that Svenson Law Firm and Ernest Svenson be enrolled as counsel of record for the Plaintiffs, Wolfe Law Group, L.L.C. and Scott G. Wolfe, Jr.

Ordered this 7th day of January 2009.

**JUDGE**