UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PUBLIC CITIZEN, INC., et al. | * | |
| | * | CIVIL ACTION NO. 08-4451, c/w 08-4994 |
| Plaintiffs, | * | |
| | * | *This pleading applies to all cases* |
| VERSUS | * | |
| | * | SECTION "F" |
| LOUISIANA ATTORNEY DISCIPLINARY BOARD, et al. | * | |
| | * | JUDGE FELDMAN |
| | * | |
| Defendant. | * | MAGISTRATE WILKINSON |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANTS' WITNESS LIST

Defendants, the Louisiana Attorney Disciplinary Board, Billy R. Pesnell, and Charles B. Plattsmier (collectively, "defendants"), through undersigned counsel, respectfully submit, in accordance with the Scheduling Order, the following list of all witnesses that they may or will call to testify at trial of the captioned matter:

Defendants will call the following witness to testify at trial of this matter:

1. Richard C. Stanley, Chair, Louisiana State Bar Association Rules of Professional Conduct Committee; Member, Louisiana Supreme Court Committee to Study Attorney Advertising

   Stanley, Flanagan & Reuter, LLC
   909 Poydras Street, Suite 2500
   New Orleans, LA 70112-4011
   504-523-1580

Defendants may call the following witnesses to testify at trial of this matter:

1. Elizabeth Erny Foote, President, Louisiana State Bar Association; Member, Louisiana Supreme Court Committee to Study Attorney Advertising

   Percy, Smith, Foote & Gadel
   P.O. Box 1632
   Alexandria, LA 71309-1632
   318-445-4480

2. John S. Boston, President, Survey Communications, Inc.

   Survey Communications, Inc.
   4511 Jamestown Avenue
   Baton Rogue, LA 70808
   225-928-0220

Dated: February 3, 2009						Respectfully submitted,


/s/ Matthew S. Almon
Phillip A. Wittmann, T.A., La. Bar No. 13625
Kathryn M. Knight, La. Bar No. 28641
Matthew S. Almon, La. Bar No. 31013
    Of
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130-3588
Telephone: (504) 581-3200
Facsimile: (504) 581-3361

		and

John H. Beisner, *pro hac vice*
Jessica Davidson Miller, *pro hac vice*
O'MELVENY & MYERS, L.L.P.
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5300

*Attorneys for Louisiana Attorney Disciplinary Board, Billy R. Pesnell, and Charles B. Plattsmier*

## **C E R T I F I C A T E**

I hereby certify that on this 3rd day of February, 2009, a copy of the foregoing Defendants' Witness List has been served upon each counsel of record by notice of electronic filing generated through the CM/ECF system, and/or by United States mail, facsimile, or e-mail for those counsel who are not participants in the CM/ECF system.


        */s/ Matthew S. Almon*