UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PUBLIC CITIZEN, INC., *et al.*, | |
| Plaintiffs, | Civil Action No. 08-4451 |
| v. | SEC. F (JUDGE FELDMAN) |
| LOUISIANA ATTORNEY DISCIPLINARY BOARD, *et al.*; | MAG. 2 (MAG. JUDGE WILKINSON) |
| Defendants. | |

## PLAINTIFFS' WITNESS LIST

Plaintiffs submit the following list of witnesses that may or will testify at trial.

Plaintiffs intend to call the following witnesses at trial:

1. Morris Bart

   909 Poydras Street, Suite 2000
   New Orleans, LA  70112
   (877) 442-1110

2. William N. Gee, III

   2014 W. Pinhook Road
   Lafayette, Louisiana  70508
   (800) 488-5227

-1-

Plaintiffs may call the following witnesses at trial:

3. Richard P. Lemmler, Ethics Counsel, Louisiana State Bar Association

   601 St. Charles Avenue
   New Orleans, Louisiana 70130
   (504) 566-1600

4. Charles B. Plattsmier, Chief Disciplinary Counsel, Louisiana Attorney Disciplinary Board

   4000 South Sherwood Blvd., Suite 607
   Baton Rouge, Louisiana 70816
   (225) 293-3900

5. Richard C. Stanley, Chair, Louisiana State Bar Association Rules of Professional Conduct Committee

   909 Poydras Street
   New Orleans, Louisiana 70112
   (504) 523-1580

6. Any witness listed or called by any other party.

7. Any expert witness designated by any other party.

8. Any witness discovered through the course of discovery.

9. Any witness from whom a deposition or sworn statement has been, or will be, taken in this case.

10. Any witness necessary to authenticate any exhibit.

/ / /

/ / /

/ / /

11. Any witness necessary for rebuttal or impeachment.

Dated: Feb. 3, 2009 Respectfully submitted,


  /s/ James M. Garner
James M. Garner, La. Bar No. 19589, T.A.
Joshua S. Force, La. Bar No. 21975
Christopher T. Chocheles, La. Bar No. 26848
SHER GARNER CAHILL RICHTER
KLEIN & HILBERT, L.L.C.
909 Poydras St., 28th Floor
New Orleans, LA 70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300

--- and ---

Terry B. Loup, La. Bar No. 8823
MORRIS BART, L.L.C.
20th Floor
909 Poydras Street
New Orleans, Louisiana 70112
Phone: (504) 599-3254
Fax: (504) 599-3380
Email: tloup@morrisbart.com

*Counsel for Plaintiffs Morris Bart and Morris Bart, L.L.C.*


  /s/Gregory A. Beck
Gregory A. Beck
DC Bar No. 494479, pro hac vice
Brian Wolfman
DC Bar No. 427491, pro hac vice
PUBLIC CITIZEN LITIGATION GROUP
1600 20th St., NW
Washington, DC 20009
Phone: (202) 588-1000
Fax: (202) 588-7795
Email: gbeck@citizen.org
       brian@citizen.org

*Counsel for All Plaintiffs*

  /s/ Dane S. Ciolino_____
Dane S. Ciolino, T.A., La. Bar No. 19311
DANE S. CIOLINO, LLC
P.O. Box 850848
New Orleans, LA 70185-0848
Phone: (504) 834-8519
Fax: (504) 324-0143
Email: dciolino@loyno.edu

*Counsel for Plaintiffs Public Citizen, Inc., William N. Gee, III, and William N. Gee, III, Ltd.*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on February 3, 2009, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record who have registered to receive electronic service, and I effected service upon all other counsel of record via United States Mail, postage prepaid and properly addressed.

  /s/ James M. Garner_____
JAMES M. GARNER