UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PUBLIC CITIZEN, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> LOUISIANA ATTORNEY DISCIPLINARY BOARD, *et al.*; <br><br> Defendants. | Civil Action No. 08-4451 <br><br> SEC. F (JUDGE FELDMAN) <br><br> MAG. 2 (MAG. JUDGE WILKINSON) |

### UNOPPOSED MOTION FOR LEAVE TO FILE MEMORANDUM THAT EXCEEDS PAGE LIMIT

Plaintiffs hereby move, pursuant to Local Rule 7.8.1, for leave to file a memorandum that exceeds the twenty-five page limit provided by the rule. For the reasons set forth in the accompanying memorandum, plaintiffs respectfully request that the Court grant them permission to file a memorandum of thirty-five pages in support of their Motion for Summary Judgment.

On February 13, 2009, plaintiffs contacted counsel for defendants, who stated that defendants do not oppose this motion.

Dockets.Justia.com

Respectfully submitted,

/s/ James M. Garner
James M. Garner, La. Bar No. 19589, T.A.
Joshua S. Force, La. Bar No. 21975
Christopher T. Chocheles, La. Bar No. 26848
SHER GARNER CAHILL RICHTER
KLEIN & HILBERT, L.L.C.
909 Poydras St., 28th Floor
New Orleans, LA 70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300

--- and ---

Terry B. Loup, La. Bar No. 8823
MORRIS BART, L.L.C.
20th Floor
909 Poydras Street
New Orleans, Louisiana 70112
Phone: (504) 599-3254
Fax: (504) 599-3380
Email: tloup@morrisbart.com

*Counsel for Plaintiffs Morris Bart and Morris Bart, L.L.C.*

/s/Gregory A. Beck
Gregory A. Beck
DC Bar No. 494479, pro hac vice
Brian Wolfman
DC Bar No. 427491, pro hac vice
PUBLIC CITIZEN LITIGATION GROUP
1600 20th St., NW
Washington, DC 20009
Phone: (202) 588-1000
Fax: (202) 588-7795
Email: gbeck@citizen.org
       brian@citizen.org

*Counsel for All Plaintiffs*

/s/ Dane S. Ciolino
Dane S. Ciolino, T.A., La. Bar No. 19311
DANE S. CIOLINO, LLC
P.O. Box 850848
New Orleans, LA 70185-0848
Phone: (504) 834-8519
Fax: (504) 324-0143
Email: dciolino@loyno.edu

*Counsel for Plaintiffs Public Citizen, Inc., William N. Gee, III, and William N. Gee, III, Ltd.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on February 16, 2009, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record who have registered to receive electronic service, and I effected service upon all other counsel of record via United States Mail, postage prepaid and properly addressed.

/s/ James M. Garner
JAMES M. GARNER