UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SCOTT G. WOLFE, JR.; and <br> WOLFE LAW GROUP, L.L.C. <br><br> Plaintiffs, <br><br> v. <br><br> LOUISIANA ATTORNEY <br> DISCIPLINARY BOARD; BILLY R. <br> PESNELL, in his official capacity as Chair <br> of the Louisiana Attorney Disciplinary <br> Board; and CHARLES B. PLATTSMIER, <br> in his capacity as Chief Disciplinary <br> Counsel for the Louisiana Attorney <br> Disciplinary Board's Office of Disciplinary <br> Counsel; <br><br> Defendants. | Master Docket: <br> Civil Action No. 08-4451 <br><br> Relates To: <br> Civil Action No. 08-4994 <br><br><br><br> Section F (Judge Feldman) <br><br> Mag 2 (Mag. Judge Wilkinson) |

## **MOTION FOR SUMMARY JUDGMENT**

NOW INTO COURT, through undersigned counsel, respectfully comes Scott G. Wolfe, Jr. and Wolfe Law Group, L.L.C., Plaintiffs in the above-captioned, who move this Honorable Court for an order granting summary judgment to the Plaintiffs under Federal Rule of Civil Procedure 56, and declaring unconstitutional and permanently enjoining enforcement of the Louisiana Rules of Professional Conduct Amended Rules scheduled to become effective on April 1, 2009. The grounds for this motion are set

forth in the accompanying memorandum and statement of material facts.   Plaintiffs request an oral argument on the motion.

Dated:  February 17, 2009

>                             Respectfully submitted,
>
>                             _____
>                             Ernest E. Svenson (La. Bar 17164)
>                             Svenson Law Firm, L.L.C.
>                             123 Walnut Street, Suite 1001
>                             New Orleans, LA 70118
>                             Tel: 504-208-5199
>                             Fax: 504-324-0453
>                             Counsel for Plaintiffs
>
>                              /s  Scott G Wolfe Jr.
>                             Scott G. Wolfe Jr. (La Bar 30122)
>                             Wolfe Law Group, LLC
>                             4821 Prytania Street
>                             New Orleans, LA 70115
>                             Tel:  504-894-9653
>                             Fax: 866-761-8934
>                             Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

A copy of this motion was served electronically upon all counsel of record on this date: February 17, 2009.

>                             ___/s    Scott G. Wolfe Jr.
>                             Scott G. Wolfe Jr.