UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SCOTT G. WOLFE, JR.; and <br> WOLFE LAW GROUP, L.L.C. | |
| | Master Docket: <br> Civil Action No. 08-4451 |
| Plaintiffs, | |
| | Relates To: |
| v. | Civil Action No. 08-4994 |
| LOUISIANA ATTORNEY <br> DISCIPLINARY BOARD; BILLY R. <br> PESNELL, in his official capacity as Chair <br> of the Louisiana Attorney Disciplinary <br> Board; and CHARLES B. PLATTSMIER, <br> in his capacity as Chief Disciplinary <br> Counsel for the Louisiana Attorney <br> Disciplinary Board's Office of Disciplinary <br> Counsel; | Section F (Judge Feldman) <br><br> Mag 2 (Mag. Judge Wilkinson) |
| Defendants. | |

## **REQUEST FOR ORAL ARGUMENT**

Plaintiff respectfully request oral argument on their Motion for Summary Judgment. Oral Argument is warranted because the case raises important questions of commercial and non-commercial free speech with the potential to affect the First Amendment rights of all lawyers and consumers in Louisiana. Plaintiffs believe oral argument would benefit the Court and would help clarify the application of the numerous relevant commercial speech precedents to the various rules challenged here.

Dated: February 17, 2009

                Respectfully submitted,

                Ernest E. Svenson (La. Bar 17164)
                Svenson Law Firm, L.L.C.
                123 Walnut Street, Suite 1001
                New Orleans, LA 70118
                Tel: 504-208-5199
                Fax: 504-324-0453
                Counsel for Plaintiffs

                /s Scott G Wolfe Jr.
                Scott G. Wolfe Jr. (La Bar 30122)
                Wolfe Law Group, LLC
                4821 Prytania Street
                New Orleans, LA 70115
                Tel: 504-894-9653
                Fax: 866-761-8934
                Counsel for Plaintiffs

## **CERTIFICATE OF SERVICE**

A copy of this motion was served electronically upon all counsel of record on this date: February 17, 2009.

                /s Scott G. Wolfe Jr.
                Scott G. Wolfe Jr.