# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PUBLIC CITIZEN, INC., *et al.*, | |
| Plaintiffs, | Civil Action No. 08-4451 |
| v. | SEC. F (JUDGE FELDMAN) |
| LOUISIANA ATTORNEY DISCIPLINARY BOARD, *et al.*; | MAG. 2 (MAG. JUDGE WILKINSON) |
| Defendants. | |

## ORDER

Plaintiffs having filed an unopposed motion for leave to file a memorandum in support of their Motion for Summary Judgment that exceeds the twenty-five page limit provided by Local Rule 7.8.1,

IT IS ORDERED that Plaintiffs' Motion to Exceed Page Limits and file a thirty-five page memorandum in support of their Motion for Summary Judgment is granted.

Date: 2/19/09

MARTIN L.C. FELDMAN
UNITED STATES DISTRICT JUDGE