UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

PUBLIC CITIZEN, INC., ET AL.                     CIVIL ACTION

VERSUS                                           NO. 08-4451
                                                 c/w No. 08-4994
                                                 (Order Ref: All Cases)

LOUISIANA ATTORNEY DISCIPLINARY                  SECTION "F"
BOARD, ET AL.

ORDER

Before the Court is the defendant's Motion for Expedited Hearing on their Motion to Continue Trial and Hearings and to Rescind Scheduling Order and Pre-trial Notice.

IT IS ORDERED: that the Motion for Expedited Hearing is GRANTED.

IT IS FURTHER ORDERED: that the Motion to Continue Trial and Hearings and to Rescind Scheduling Order and Pre-trial Notice is set for hearing on February 27, 2009, on the papers. Any opposition to the Motion to Continue must be filed no later than 3:00 p.m. on February 26, 2009.

New Orleans, Louisiana, February 25, 2009.

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE

1