UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

PUBLIC CITIZEN, INC., ET AL.                    CIVIL ACTION

VERSUS                                          NO. 08-4451
                                                c/w No. 08-4994
                                                (Order Ref: All Cases)

LOUISIANA ATTORNEY DISCIPLINARY                 SECTION "F"
BOARD, ET AL.


ORDER AND REASONS

      Before the Court is the defendant's Motion to Continue Trial
and Hearings and to Rescind Scheduling Order and Pre-trial Notice.
For the following reasons, the motion is GRANTED.

      The Court is of the opinion that the plaintiffs improperly in
effect seek an advisory opinion regarding their challenges to the
lawyer advertising rules, implementation of which has been
continually delayed by the Louisiana Supreme Court. The Court does
not believe, however, that abstention would be appropriate, and
this case will be reset upon notice.

      IT IS ORDERED: that the Motion to Continue is GRANTED.

      IT IS FURTHER ORDERED: that the Court will establish a new
pretrial and trial schedule consistent with the new effective date
of the challenged rules, implementation of which has been delayed
until October 1, 2009.

1

IT IS FURTHER ORDERED: that the pending Motions for Summary Judgment, set for hearing on March 4, 2009, are hereby continued, to be re-noticed by counsel at a time consistent with the new effective date of the challenged lawyer advertising rules.  Such schedule shall be jointly submitted by counsel.

New Orleans, Louisiana, February 27, 2009.

MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE