# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PUBLIC CITIZEN, INC., *et al.*, <br><br>         Plaintiffs, <br><br> v. <br><br> LOUISIANA ATTORNEY DISCIPLINARY BOARD, *et al.*; <br><br>         Defendants. | Civil Action No. 08-4451, c/w 08-4994 <br><br> *All Cases* <br><br> SEC. F (JUDGE FELDMAN) <br><br> MAG. 2 (MAG. JUDGE WILKINSON) |

## JOINT MOTION TO MODIFY SCHEDULING ORDER

All parties jointly move the Court to modify its scheduling order to reverse the order in which the parties are required to disclose their written expert reports.

1.      At the initial telephone scheduling conference on December 9, 2008, the parties requested that the scheduling order provide for defendants to produce their written expert reports before plaintiffs produced their reports, in recognition of the defendants' burden of proof in a First Amendment case. On December 10, 2008, this Court issued a scheduling order providing for defendants to produce their written expert reports no later than January 15, 2009, followed by plaintiffs no later than January 29, 2009.

2.      On February 27, 2009, the Court granted the defendants' motion to continue the trial and hearings and to rescind the scheduling order. During a second telephone scheduling

-1-

conference, the parties discussed a new date for trial and hearing on dispositive motions, but did not discuss the order in which written expert reports would be disclosed.

3. On April 7, 2009, this Court issued a revised scheduling order providing for plaintiffs to produce their written expert reports no later than 90 days prior to the pretrial conference, followed by defendants no later than 60 days prior to the pretrial conference.

4. The Parties agree that, given the defendants' burden of proof in this case, the scheduling order should be revised to provide that the defendants produce their written expert reports before the plaintiffs.

WHEREFORE, the Parties respectfully request that the Court modify its scheduling order to provide that defendants produce their written expert reports no later than 90 days prior to the pretrial conference, followed by plaintiffs no later than 60 days prior to the pretrial conference.

Dated: May 12, 2009  /s/Gregory A. Beck
Gregory A. Beck, pro hac vice
Brian Wolfman, pro hac vice
PUBLIC CITIZEN LITIGATION GROUP
1600 20th Street, NW
Washington, DC 20009
Telephone: (202) 588-1000
Facsimile: (202) 588-7795
*Attorneys for all Plaintiffs*

Dane S. Ciolino, T.A., La Bar No. 19311
DANE S. CIOLINO, L.L.C.
P.O. Box 850848
New Orleans, Louisiana 70185-0848
Telephone: (504) 834-8519
Facsimile: (504) 324-0143
*Attorney for Plaintiffs Public Citizen, Inc., William N. Gee, III, and William N. Gee, III, Ltd.*

Terry B. Loup, La. Bar No. 8823
MORRIS BART, L.L.C.
20th Floor
909 Poydras Street
New Orleans, Louisiana 70112
Telephone: (504) 599-3254
*Attorney for Plaintiffs Morris Bart and Morris Bart, L.L.C.*

    and

James M. Garner, La. Bar No. 19589
Joshua S. Force, La. Bar No. 21975
Christopher T. Chocheles, La. Bar No. 26848
SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.
909 Poydras Street
Suite 2800
New Orleans, Louisiana 70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
*Attorneys for Plaintiffs Morris Bart and Morris Bart, L.L.C.*

Dated: May 12, 2009    /s/Scott G. Wolfe
Scott G. Wolfe, Jr., La. Bar No. 30122
WOLFE LAW GROUP, L.L.C.
4821 Prytania Street
New Orleans, Lousiana 70115
Telephone: (504) 894-9653
Facsimile: (866) 761-8934
*Attorney for Plaintiffs Scott G. Wolfe, Jr. and Wolfe Law Group, L.L.C.*

    and

Ernest E. Svenson, La. Bar No. 17164
SVENSON LAW FIRM, L.L.C.
123 Walnut Street, Suite 1001
New Orleans, LA 70118
Telephone: (504) 208-5199
Facsimile: (504) 324-0453
*Attorney for Plaintiffs Scott G. Wolfe, Jr. and Wolfe Law Group, L.L.C.*

| | |
|---|---|
| Dated: May 12, 2009 | /s/Kathryn M. Knight |

        Phillip A. Wittmann, T.A., La. Bar No. 13625
        Kathryn M. Knight, La. Bar No. 28641
        Matthew S. Almon, La. Bar No. 31013
        STONE PIGMAN WALTHER WITTMANN L.L.C.
        546 Carondelet Street
        New Orleans, Louisiana 70130-3588
        Telephone: (504) 581-3200
        Facsimile: (504) 581-3361

            and

        John H. Beisner, pro hac vice
        Jessica Davidson Miller, pro hac vice
        O'MELVENY &MYERS, L.L.P.
        1625 Eye Street, NW
        Washington, DC 20006
        Telephone: (202) 383-5300
        Attorneys for Louisiana Attorney Disciplinary
        Board, Billy R. Pesnell, and Charles B. Plattsmier