# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PUBLIC CITIZEN, INC., *et al.*, | |
| Plaintiffs, | Civil Action No. 08-4451, c/w 08-4994 |
| v. | *All Cases* |
| LOUISIANA ATTORNEY DISCIPLINARY BOARD, *et al.*; | SEC. F (JUDGE FELDMAN) |
| Defendants. | MAG. 2 (MAG. JUDGE WILKINSON) |

## [PROPOSED] ORDER

The parties having jointly moved the Court to modify its scheduling order to change the order in which the parties are required to disclose their written expert reports,

IT IS ORDERED that the scheduling order is modified to provide that defendants will produce their written expert reports no later than 90 days prior to the pretrial conference, followed by plaintiffs no later than 60 days prior to the pretrial conference.

Date: __5/13/09_____

_____
MARTIN L.C. FELDMAN
**UNITED STATES DISTRICT JUDGE**