# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PUBLIC CITIZEN, INC., et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>LOUISIANA ATTORNEY DISCIPLINARY BOARD, et al.,<br><br>　　　　Defendants. | Civil Action No. 08-4451<br><br>SEC. F (JUDGE FELDMAN)<br><br>MAG. 2 (MAG. JUDGE WILKINSON) |

## PLAINTIFFS' WITNESS LIST

In accordance with this Court's scheduling order, Plaintiffs PUBLIC CITIZEN, INC., MORRIS BART, MORRIS BART, L.L.C., WILLIAM N. GEE, III, and WILLIAM N. GEE, III, LTD. (collectively "Plaintiffs") respectfully submit the following list of witnesses they may call to provide testimony at the trial of this matter:

1. Morris Bart
   909 Poydras Street, Suite 2000
   New Orleans, LA 70112
   (877) 442-1110

2. William N. Gee, III
   2014 W. Pinhook Road
   Lafayette, Louisiana 70508
   (800) 488-5227

3.  Dr. Silas Lee
    1750 St. Charles Ave.
    New Orleans, Louisiana 70130
    (504) 523-2308

4.  Professor Charles M. Tolbert, II
    Department of Sociology
    Baylor University
    Waco, Texas 76798
    (254) 710-6060

5.  Dean Rodney A. Smolla
    Washington and Lee University School of Law
    506 Sydney Lewis Hall
    Lexington, Virginia 24450-2116

6.  Richard P. Lemmler
    Ethics Counsel, Louisiana State Bar Association
    601 St. Charles Avenue
    New Orleans, Louisiana 70130
    (504) 566-1600

7.  Charles B. Plattsmier
    Chief Disciplinary Counsel, Louisiana Attorney Disciplinary Board
    4000 South Sherwood Blvd., Suite 607
    Baton Rouge, Louisiana 70816
    (225) 293-3900

8.  Richard C. Stanley
    Chair, Louisiana State Bar Association Rules of Professional Conduct Committee
    909 Poydras Street
    New Orleans, Louisiana 70112
    (504) 523-1580

9.  Mr. John Boston
    4511 Jamestown Avenue
    Baton Rouge, Louisiana 70808

10. Any witness listed or called by any other party.

11. Any expert witness designated by any other party.

12. Any witness discovered through the course of discovery.

13. Any witness from whom a deposition or sworn statement has been, or will be, taken in this case.

14. Any witness necessary to authenticate any exhibit.

15. Any witness necessary for rebuttal or impeachment.

As discovery in this matter has not yet concluded, Plaintiffs reserve their rights to amend and/or supplement this preliminary may-call witness list.

Respectfully submitted,

/s/ James M. Garner
James M. Garner, La. Bar No. 19589, T.A.
Joshua S. Force, La. Bar No. 21975
Christopher T. Chocheles, La. Bar No. 26848
SHER GARNER CAHILL RICHTER
KLEIN & HILBERT, L.L.C.
909 Poydras St., 28th Floor
New Orleans, LA 70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
Email: jgarner@shergarner.com
jforce@shergarner.com
cchocheles@shergarner.com

--- and ---

Terry B. Loup, La. Bar No. 8823
MORRIS BART, L.L.C.
20th Floor
909 Poydras Street
New Orleans, Louisiana 70112
Phone: (504) 599-3254
Fax: (504) 599-3380
Email: tloup@morrisbart.com

*Counsel for Plaintiffs Morris Bart and Morris Bart, L.L.C.*

    /s/Gregory A. Beck
    Gregory A. Beck
    DC Bar No. 494479, pro hac vice
    Brian Wolfman
    DC Bar No. 427491, pro hac vice
    PUBLIC CITIZEN LITIGATION GROUP
    1600 20th St., NW
    Washington, DC 20009
    Phone: (202) 588-1000
    Fax: (202) 588-7795
    Email: gbeck@citizen.org
           brian@citizen.org

    *Counsel for All Plaintiffs*


    /s/ Dane S. Ciolino
    Dane S. Ciolino, T.A., La. Bar No. 19311
    DANE S. CIOLINO, LLC
    P.O. Box 850848
    New Orleans, LA 70185-0848
    Phone: (504) 834-8519
    Fax: (504) 324-0143
    Email: dciolino@loyno.edu

    *Counsel for Plaintiffs Public Citizen, Inc., William N. Gee, III, and William N. Gee, III, Ltd.*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on June 15, 2009, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record who have registered to receive electronic service, and I effected service upon all other counsel of record via United States Mail, postage prepaid and properly addressed.

                                      /s/ James M. Garner
                                      JAMES M. GARNER