UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| PUBLIC CITIZEN, INC., et al. | * | CIVIL ACTION NO. 08-4451, c/w 08-4994 |
| Plaintiffs, | * | *All cases* |
| VERSUS | * | SECTION "F" |
| LOUISIANA ATTORNEY DISCIPLINARY BOARD, et al. | * | JUDGE FELDMAN |
| Defendants. | * | MAGISTRATE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that Defendants, the Louisiana Attorney Disciplinary Board, Billy R. Pesnell, and Charles B. Plattsmier (collectively, "defendants"), hereby serve notice that counsel for defendants in this proceeding, John H Beisner and Jessica Davidson Miller, have changed their address from:

> O'MELVENY & MYERS, L.L.P.
> 1625 Eye Street, NW
> Washington, DC 20006
> Telephone: (202) 383-5300

- 1 -

981162v.1

to the following:

>John H. Beisner,
>Jessica Davidson Miller
>SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
>1440 New York Avenue, N.W.
>Washington, DC 20005
>Telephone: (202) 371-7000
>Facsimile: (202) 393-5760
>john.beisner@skadden.com
>jessica.miller@skadden.com

Undersigned counsel requests that this Honorable Court and the Clerk of Court take note of the above change of address and update its official records accordingly.

Dated: June 15, 2009

Respectfully submitted,

*/s/ Matthew S. Almon*
Phillip A. Wittmann, T.A., La. Bar No. 13625
Kathryn M. Knight, La. Bar No. 28641
Matthew S. Almon, La. Bar No. 31013
  Of
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130-3588
Telephone: (504) 581-3200
Facsimile: (504) 581-3361

  and

John H. Beisner, *pro hac vice*
Jessica Davidson Miller, *pro hac vice*
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
1440 New York Avenue, N.W.
Washington, DC 20005
Telephone: (202) 371-7000

*Attorneys for Louisiana Attorney Disciplinary Board, Billy R. Pesnell, and Charles B. Plattsmier*

981162v.1

## **C E R T I F I C A T E**

I hereby certify that on this 15th day of June, 2009, a copy of the foregoing Notice of Change of Address has been served upon each counsel of record by notice of electronic filing generated through the CM/ECF system, and/or by United States mail, facsimile, or e-mail for those counsel who are not participants in the CM/ECF system.

                                                                          */s/ Matthew S. Almon*