UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SCOTT G. WOLFE, JR.; and WOLFE LAW GROUP, L.L.C. | Section F, Magistrate 2 |
| | Master Docket: 08-4451 |
| Plaintiffs, | Relates to: 08-4994 |
| v. | |
| LOUISIANA ATTORNEY DISCIPLINARY BOARD; BILLY R. PESNELL, in his official capacity as Chair of the Louisiana Attorney Disciplinary Board; and CHARLES B. PLATTSMIER, in his capacity as Chief Disciplinary Counsel for the Louisiana Attorney Disciplinary Board's Office of Disciplinary Counsel; | **UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AND INCORPORATED MEMORANDUM** |
| Defendants. | |

**MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

NOW INTO COURT, through undersigned counsel, comes SCOTT WOLFE, JR. and WOLFE LAW GROUP, L.L.C., Plaintiffs in the above-captioned and hereinafter referred to as "Plaintiffs" or "Wolfe," who submits this Motion for Leave to file its First Amended Complaint:

1.

Plaintiffs filed its original Complaint with this Court on November 24, 2009. While a trial was originally scheduled for March 2009, the matter was continued while the Louisiana Supreme Court contemplated revisions to the Rules of Professional Conduct that are at controversy.

2.

On June 4, 2009, the Louisiana Supreme Court issued an order amended some of the rules at controversy in this proceeding, and specifically amended Rule 7.6(d) and 7.10(c)(10), which affect the Complaint of Plaintiffs.

3.

In response to these June 2009 changes, the Plaintiffs seek to amend their Complaint. Plaintiffs have contacted the Defendants to this matter, who do no oppose the amendment. Further, Plaintiffs aver that the amendment should not delay the trial of this matter or the existing Scheduling Order.

Dated: June 25, 2009.

Respectfully submitted,
/s Ernest E. Svenson
Ernest E. Svenson (La. Bar 17164)
Svenson Law Firm, L.L.C.
123 Walnut Street, Suite 1001
New Orleans, LA 70118
Tel: 504-208-5199
Fax: 504-324-0453
Counsel for Plaintiffs

Respectfully submitted,
/s  Scott G. Wolfe Jr.
Scott G. Wolfe Jr. (La. Bar 30122)
WOLFE LAW GROUP, L.L.C.
4821 Prytania Street
New Orleans, Louisiana 70115
504-894-9653
Fax:  866-761-8934
scott@wolfelaw.com
Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

A copy of this motion was served electronically upon all counsel of record on this date: June 25, 2009.

   /s   Scott G. Wolfe Jr.
Scott G. Wolfe Jr.