UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SCOTT G. WOLFE, JR.; and<br>WOLFE LAW GROUP, L.L.C.<br><br>Plaintiffs,<br><br>v.<br><br>LOUISIANA ATTORNEY<br>DISCIPLINARY BOARD; BILLY R.<br>PESNELL, in his official capacity as Chair<br>of the Louisiana Attorney Disciplinary<br>Board; and CHARLES B. PLATTSMIER,<br>in his capacity as Chief Disciplinary<br>Counsel for the Louisiana Attorney<br>Disciplinary Board's Office of Disciplinary<br>Counsel;<br><br>Defendants. | Section F, Magistrate 2<br><br>Master Docket: 08-4451<br><br>Relates to: 08-4994<br><br><br><br>**PROPOSED ORDER<br>GRANTING MOTION FOR<br>LEAVE TO FILE<br>AMENDED COMPLAINT** |

**PROPOSED ORDER**

CONSIDERING THE FOREGOING Unopposed Motion to Amend Complaint, IT IS

ORDERED that the Plaintiffs' Motion for Leave be GRANTED, and that the Amended

Complaint be filed, on this 26th day of _____June_____ 2009.

_____
JUDGE