# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PUBLIC CITIZEN, INC., *et al.*, | |
| Plaintiffs, | Civil Action No. 08-4451, c/w 08-4994<br>All Cases |
| v. | SEC. F (JUDGE FELDMAN) |
| LOUISIANA ATTORNEY DISCIPLINARY<br>BOARD, *et al.*; | MAG. 2 (MAG. JUDGE WILKINSON) |
| Defendants. | |

### UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Pursuant to Rule 15(a)(1)(B) of the Federal Rules of Civil Procedure, plaintiffs respectfully move for leave to file the attached First Amended Complaint. The reasons for the motion are set forth in the accompanying memorandum.

Counsel for defendants have stated that they do not oppose this motion.

Dated: June 26, 2009          Respectfully submitted,

/s/Gregory A. Beck
Gregory A. Beck, pro hac vice
Brian Wolfman, pro hac vice
PUBLIC CITIZEN LITIGATION GROUP
1600 20th Street, NW
Washington, DC 20009

-1-

Telephone: (202) 588-1000
Facsimile: (202) 588-7795
*Attorneys for all Plaintiffs*

Dane S. Ciolino, T.A., La Bar No. 19311
DANE S. CIOLINO, L.L.C.
P.O. Box 850848
New Orleans, Louisiana 70185-0848
Telephone: (504) 834-8519
Facsimile: (504) 324-0143
*Attorney for Plaintiffs Public Citizen, Inc., William N. Gee, III, and William N. Gee, III, Ltd.*

Terry B. Loup, La. Bar No. 8823
MORRIS BART, L.L.C.
20th Floor
909 Poydras Street
New Orleans, Louisiana 70112
Telephone: (504) 599-3254
*Attorney for Plaintiffs Morris Bart and Morris Bart, L.L.C.*

  and

James M. Garner, La. Bar No. 19589
Joshua S. Force, La. Bar No. 21975
Christopher T. Chocheles, La. Bar No. 26848
SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.
909 Poydras Street
Suite 2800
New Orleans, Louisiana 70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
*Attorneys for Plaintiffs Morris Bart and Morris Bart, L.L.C.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on June 26, 2009, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record in this case.

    /s/Gregory A. Beck  
Gregory A. Beck