UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

PUBLIC CITIZEN, INC., *et al.*,

    Plaintiffs,

v.

LOUISIANA ATTORNEY DISCIPLINARY
BOARD, *et al.*;

    Defendants.

Civil Action No. 08-4451, c/w 08-4994
All Cases

SEC. F (JUDGE FELDMAN)
MAG. 2 (MAG. JUDGE WILKINSON)

[PROPOSED] ORDER

Plaintiffs having filed an unopposed motion for leave to file a First Amendment Complaint,

IT IS ORDERED that Plaintiffs' Unopposed Motion for Leave to File Amended Complaint is granted.

Date: June 29, 2009

                                  MARTIN L.C. FELDMAN
                                  UNITED STATES DISTRICT JUDGE

-1-