UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SCOTT G. WOLFE, JR.; and <br> WOLFE LAW GROUP, L.L.C. <br><br> Plaintiffs, <br><br> v. <br><br> LOUISIANA ATTORNEY <br> DISCIPLINARY BOARD; BILLY R. <br> PESNELL, in his official capacity as Chair <br> of the Louisiana Attorney Disciplinary <br> Board; and CHARLES B. PLATTSMIER, <br> in his capacity as Chief Disciplinary <br> Counsel for the Louisiana Attorney <br> Disciplinary Board's Office of Disciplinary <br> Counsel; <br><br> Defendants. | Master Docket: <br> Civil Action No. 08-4451 <br><br> Relates To: <br> Civil Action No. 08-4994 <br><br><br><br> Section F (Judge Feldman) <br><br> Mag 2 (Mag. Judge Wilkinson) |

## **REQUEST FOR ORAL ARGUMENT**

Plaintiff respectfully request oral argument on their Motion for Summary Judgment. Oral Argument is warranted because the case raises important questions of commercial and non-commercial free speech with the potential to affect the First Amendment rights of all lawyers and consumers in Louisiana. Plaintiffs believe oral argument would benefit the Court and would help clarify the application of the

numerous relevant commercial speech precedents to the various rules challenged here.

Dated: July 13, 2009

                                      Respectfully submitted,

_____Ernest E. Svenson (La. Bar 17164)
Svenson Law Firm, L.L.C.
123 Walnut Street, Suite 1001
New Orleans, LA 70118
Tel: 504-208-5199
Fax: 504-324-0453
Counsel for Plaintiffs

 /s  Scott G Wolfe Jr.
Scott G. Wolfe Jr. (La Bar 30122)
Wolfe Law Group, LLC
4821 Prytania Street
New Orleans, LA 70115
Tel:  504-894-9653
Fax: 866-761-8934
Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

A copy of this motion was served electronically upon all counsel of record on this date: July 13, 2009.

                                           /s   Scott G. Wolfe Jr.
                                        Scott G. Wolfe Jr.