UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PUBLIC CITIZEN, INC., et al. | * | CIVIL ACTION NO. 08-4451, c/w 08-4994 |
| Plaintiffs, | * | *This Pleading Applies to All Cases* |
| VERSUS | * | SECTION "F" |
| LOUISIANA ATTORNEY DISCIPLINARY BOARD, et al. | * | JUDGE FELDMAN |
| | * | MAGISTRATE WILKINSON |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANTS' REQUEST
## FOR ORAL ARGUMENT ON THEIR MOTION TO DISMISS

Defendants, the Louisiana Attorney Disciplinary Board, Billy R. Pesnell, and Charles B. Plattsmier (collectively, "Defendants"), through undersigned counsel, respectfully request pursuant to Local Rule 78.1E permission to argue orally their Motion to Dismiss the plaintiffs' complaints in this consolidated action. Oral argument will clarify the issues of fact and law and will assist the Court in its disposition of the motion.

Dockets.Justia.com

**WHEREFORE,** Defendants respectfully move this Court to grant oral argument on their Motion to Dismiss, which has been noticed for hearing on July 29, 2009, at 10:00 a.m. in accordance with this Court's scheduling order.

Dated: July 14, 2009

Respectfully submitted,

*/s/ Phillip A. Wittmann*
Phillip A. Wittmann, T.A., La. Bar No. 13625
Kathryn M. Knight, La. Bar No. 28641
Matthew S. Almon, La. Bar No. 31013
    Of
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130-3588
Telephone: (504) 581-3200
Facsimile: (504) 581-3361

*Attorneys for Louisiana Attorney Disciplinary Board, Billy R. Pesnell, and Charles B. Plattsmier*

## **C E R T I F I C A T E**

I hereby certify that on this 14th day of July, 2009, a copy of the foregoing Defendants' Request for Oral Argument on their Motion to Dismiss has been served upon each counsel of record by notice of electronic filing generated through the CM/ECF system, and/or by United States mail, facsimile, or e-mail for those counsel who are not participants in the CM/ECF system.

    */s/ Phillip A. Wittmann*