UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PUBLIC CITIZEN, INC., et al. | * | CIVIL ACTION NO. 08-4451, c/w 08-4994 |
| Plaintiffs, | * | *This Pleading Applies to No. 08-4994* |
| VERSUS | * | SECTION "F" |
| LOUISIANA ATTORNEY DISCIPLINARY BOARD, et al. | * | JUDGE FELDMAN |
| Defendants. | * | MAGISTRATE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### DEFENDANTS' REQUEST
### FOR ORAL ARGUMENT ON THEIR MOTION FOR SUMMARY JUDGMENT

Defendants, the Louisiana Attorney Disciplinary Board, Billy R. Pesnell, and Charles B. Plattsmier (collectively, "Defendants"), through undersigned counsel, respectfully request pursuant to Local Rule 78.1E permission to argue orally their Motion to for Summary Judgment against plaintiffs in Civil Action Number 08-4994 of this consolidated action. Oral argument will clarify the issues of fact and law and will assist the Court in its disposition of the motion.

984553v.1

**WHEREFORE,** Defendants respectfully move this Court to grant oral argument on their Motion to for Summary Judgment, which has been noticed for hearing on July 29, 2009, at 10:00 a.m. in accordance with this Court's scheduling order.

Dated: July 14, 2009              Respectfully submitted,

                                                  */s/ Phillip A. Wittmann*
                                                  Phillip A. Wittmann, T.A., La. Bar No. 13625
                                                  Kathryn M. Knight, La. Bar No. 28641
                                                  Matthew S. Almon, La. Bar No. 31013
                                                          Of
                                                  STONE PIGMAN WALTHER WITTMANN L.L.C.
                                                  546 Carondelet Street
                                                  New Orleans, Louisiana 70130-3588
                                                  Telephone: (504) 581-3200
                                                  Facsimile: (504) 581-3361

                                                  *Attorneys for Louisiana Attorney Disciplinary Board, Billy R. Pesnell, and Charles B. Plattsmier*

# **C E R T I F I C A T E**

I hereby certify that on this 14th day of July, 2009, a copy of the foregoing Defendants' Request for Oral Argument on Their Motion for Summary Judgment has been served upon each counsel of record by notice of electronic filing generated through the CM/ECF system, and/or by United States mail, facsimile, or e-mail for those counsel who are not participants in the CM/ECF system.

                                                  */s/ Phillip A. Wittmann*