# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PUBLIC CITIZEN, INC., *et al.*, | |
| Plaintiffs, | Civil Action No. 08-4451 |
| v. | SEC. F (JUDGE FELDMAN) |
| LOUISIANA ATTORNEY DISCIPLINARY BOARD, *et al.*; | MAG. 2 (MAG. JUDGE WILKINSON) |
| Defendants. | |

### *EX* PARTE MOTION FOR LEAVE TO SUPPLEMENT
### EXHIBITS TO SECOND MOTION FOR SUMMARY JUDGMENT

Plaintiffs PUBLIC CITIZEN, INC., MORRIS BART, MORRIS BART, L.L.C., WILLIAM N. GEE, III, and WILLIAM N. GEE, III, LTD. (collectively "Plaintiffs") respectfully move this Honorable Court for leave to supplement their Second Motion for Summary Judgment (the "Motion") with Exhibits 23-39, which could not be filed electronically with the Motion and the remainder of the exhibits on July 14, 2009. Copies of Exhibits 23-39 are attached to this *ex parte* motion.

Plaintiffs attempted to file these exhibits with their Motion but, due to the number of exhibits and their size, the CM/ECF System would not accept these additional exhibits, to which

Plaintiffs have referred in their Motion. The Court is not set to hear this Motion until July 29, 2009. Therefore, permitting Plaintiffs to supplement their Motion with the attached exhibits will not unduly delay or otherwise interfere with the Court's consideration of this matter. Likewise, granting this *ex parte* motion, at this time, will not prejudice any party.

Accordingly, Plaintiffs respectfully request that this Court grant them leave to supplement the record with Exhibits 23-39 of the Motion.

Respectfully submitted,

/s/ James M. Garner
James M. Garner, La. Bar No. 19589, T.A.
Joshua S. Force, La. Bar No. 21975
Christopher T. Chocheles, La. Bar No. 26848
SHER GARNER CAHILL RICHTER
KLEIN & HILBERT, L.L.C.
909 Poydras St., 28th Floor
New Orleans, LA 70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300

--- and ---

Terry B. Loup, La. Bar No. 8823
MORRIS BART, L.L.C.
20th Floor
909 Poydras Street
New Orleans, Louisiana 70112
Phone: (504) 599-3254
Fax: (504) 599-3380
Email: tloup@morrisbart.com

*Counsel for Plaintiffs Morris Bart and Morris Bart, L.L.C.*

/s/Gregory A. Beck
Gregory A. Beck
DC Bar No. 494479, pro hac vice
Brian Wolfman
DC Bar No. 427491, pro hac vice
PUBLIC CITIZEN LITIGATION GROUP
1600 20th St., NW
Washington, DC 20009
Phone: (202) 588-1000
Fax: (202) 588-7795
Email: gbeck@citizen.org
       brian@citizen.org

*Counsel for All Plaintiffs*


/s/ Dane S. Ciolino
Dane S. Ciolino, T.A., La. Bar No. 19311
DANE S. CIOLINO, LLC
P.O. Box 850848
New Orleans, LA 70185-0848
Phone: (504) 834-8519
Fax: (504) 324-0143
Email: dciolino@loyno.edu

*Counsel for Plaintiffs Public Citizen, Inc., William N. Gee, III, and William N. Gee, III, Ltd.*


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on July 15, 2009, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record who have registered to receive electronic service, and I effected service upon all other counsel of record via United States Mail, postage prepaid and properly addressed.

/s/ James M. Garner
JAMES M. GARNER