UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

PUBLIC CITIZEN, INC., *et al.*,

    Plaintiffs,

v.

LOUISIANA ATTORNEY DISCIPLINARY BOARD, *et al.*;

    Defendants.

Civil Action No. 08-4451

SEC. F (JUDGE FELDMAN)

MAG. 2 (MAG. JUDGE WILKINSON)

## ORDER

Plaintiffs having filed an unopposed motion for leave to file a memorandum in support of their Motion for Summary Judgment that exceeds the twenty-five page limit provided by Local Rule 7.8.1,

IT IS ORDERED that Plaintiffs' Motion to Exceed Page Limits and file a thirty-five page memorandum in support of their Motion for Summary Judgment is granted.

Date: July 15, 2009

MARTIN L.C. FELDMAN
UNITED STATES DISTRICT JUDGE