# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PUBLIC CITIZEN, INC., *et al.*, | |
| Plaintiffs, | Civil Action No. 08-4451 |
| v. | SEC. F (JUDGE FELDMAN) |
| LOUISIANA ATTORNEY DISCIPLINARY BOARD, *et al.*, | MAG. 2 (MAG. JUDGE WILKINSON) |
| Defendants. | |

## REQUEST FOR ORAL ARGUMENT

Plaintiffs respectfully request oral argument on their Motion for Summary Judgment. Oral argument is warranted because the case raises important questions of commercial free speech with the potential to affect the First Amendment rights of all lawyers and consumers in Louisiana. Plaintiffs believe oral argument would benefit the Court and would help clarify application of the numerous relevant commercial speech precedents to the various rules challenged here.

-1-

Respectfully submitted,


 /s/ James M. Garner
James M. Garner, La. Bar No. 19589, T.A.
Joshua S. Force, La. Bar No. 21975
Christopher T. Chocheles, La. Bar No. 26848
SHER GARNER CAHILL RICHTER
KLEIN & HILBERT, L.L.C.
909 Poydras St., 28th Floor
New Orleans, LA 70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300

--- and ---

Terry B. Loup, La. Bar No. 8823
MORRIS BART, L.L.C.
20th Floor
909 Poydras Street
New Orleans, Louisiana 70112
Phone: (504) 599-3254
Fax: (504) 599-3380
Email: tloup@morrisbart.com

*Counsel for Plaintiffs Morris Bart and Morris Bart, L.L.C.*


 /s/Gregory A. Beck

Gregory A. Beck
DC Bar No. 494479, pro hac vice
Brian Wolfman
DC Bar No. 427491, pro hac vice
PUBLIC CITIZEN LITIGATION GROUP
1600 20th St., NW
Washington, DC 20009
Phone: (202) 588-1000
Fax: (202) 588-7795
Email: gbeck@citizen.org
        brian@citizen.org

*Counsel for All Plaintiffs*

/s/ Dane S. Ciolino

Dane S. Ciolino, T.A., La. Bar No. 19311
DANE S. CIOLINO, LLC
P.O. Box 850848
New Orleans, LA 70185-0848
Phone: (504) 834-8519
Fax: (504) 324-0143
Email: dciolino@loyno.edu

*Counsel for Plaintiffs Public Citizen, Inc., William N. Gee, III, and William N. Gee, III, Ltd.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on July 14, 2009, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record who have registered to receive electronic service, and I effected service upon all other counsel of record via United States Mail, postage prepaid and properly addressed.

/s/ James M. Garner

JAMES M. GARNER