Public Citizen, Inc. et al v. Louisiana Attorney Disciplinary Board et al                                                         Doc. 85



# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PUBLIC CITIZEN, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> LOUISIANA ATTORNEY DISCIPLINARY BOARD, *et al.*; <br><br> Defendants. | Civil Action No. 08-4451 <br><br> SEC. F (JUDGE FELDMAN) <br><br> MAG. 2 (MAG. JUDGE WILKINSON) |

## ORDER

Considering the foregoing *Ex Parte* Motion for Leave to Supplement Exhibits to Second Motion for Summary Judgment (the "Motion") and good cause appearing,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** and Plaintiffs PUBLIC CITIZEN, INC., MORRIS BART, MORRIS BART, L.L.C., WILLIAM N. GEE, III, and WILLIAM N. GEE, III, LTD. are given leave of Court to supplement their Second Motion for Summary Judgment with Exhibits 23-39.

New Orleans, Louisiana, this 17th day of July 2009.

_____
MARTIN L.C. FELDMAN, U.S.D.J.

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

Dockets.Justia.com