```
                     UNITED STATES DISTRICT COURT

                     EASTERN DISTRICT OF LOUISIANA


PUBLIC CITIZEN, INC., ET AL.               CIVIL ACTION


VERSUS                                     NO. 08-4451 c/w
                                           NO. 08-4994
                                           (Order Ref: ALL CASES)


LOUISIANA ATTORNEY DISCIPLINARY            SECTION "F"
BOARD, ET AL.
```

ORDER

Before the Court are the following motions:

1. Plaintiffs' (Scott G. Wolfe, Jr. et al.) Motion for Summary Judgment (Rec. Doc. 70) and Request for Oral Argument;

2. Defendants' Motion to Dismiss (Rec. Doc. 73) and Request for Oral Argument;

3. Defendants' Motion for Summary Judgment (Rec. Doc. 75) and Request for Oral Argument;

4. Defendants' Motion for Summary Judgment (Rec. Doc. 77) and Request for Oral Argument;

5. Plaintiffs' (Public Citizen, et al.) Motion for Summary Judgment (Rec. Doc. 83) and Request for Oral Argument.

1

IT IS ORDERED: that all requests for oral argument are GRANTED.

IT IS FURTHER ORDERED: that the Court will hear oral argument at 10:00 a.m. on July 29, 2009. Plaintiffs are allotted one hour for argument, to be divided among all plaintiffs; and defendants are allotted one hour for argument, to be divided among all defendants.

New Orleans, Louisiana, July 21, 2009.

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE