Public Citizen, Inc. et al v. Louisiana Attorney Disciplinary Board et al                                    Doc. 92

MINUTE ENTRY
FELDMAN, J.
JULY 29, 2009

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PUBLIC CITIZEN, ET AL. | CIVIL ACTION |
| VERSUS | NO. 08-4451 |
| LOUISIANA ATTORNEY DISCIPLINARY BOARD, ET AL. | SECTION "F" |

CT. DEP.   STEVE HILL                                   CT. REP.  TONI TUSA

ATTY FOR DEFT: PHILLIP WHITTMANN, KATHRYN KNIGHT
ATTY FOR PLTFS: JAMES GARNER, GREGORY BECK, SCOTT WOLFE, ERNEST SVENSON, MORRIS BART

HEARING ON DEFTS' MOTION TO DISMISS (DOC 73)
            DEFTS' MOTION FOR SUMM JUDGT (DOC 75 & 77)
            PLTF. WOLFE'S MOTION FOR SUMM JUDGT (DOC 70)
            PLTF CITIZEN'S MOTION FOR SUMM JUDGT (DOC. 83)

ARGUMENT OF COUNSEL, MATTER TAKEN UNDER SUBMISSION

COURT ADJOURNED


JS10- 2 HOURS

Dockets.Justia.com