UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PUBLIC CITIZEN, INC., *et al*. | * | CIVIL ACTION NO. 08-4451, c/w 08-4994 |
| | * | |
| Plaintiffs, | * | *This Pleading Applies to All Cases* |
| | * | |
| VERSUS | * | SECTION "F" |
| | * | |
| LOUISIANA ATTORNEY DISCIPLINARY BOARD, *et al*. | * | JUDGE FELDMAN |
| | * | |
| | * | MAGISTRATE WILKINSON |
| Defendants. | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * | | |

## **JUDGMENT**

On July 29, 2009, this Court heard oral arguments of defendants' Motion to Dismiss [Rec. Doc. No. 73] and Motions for Summary Judgment [Rec. Doc. Nos. 75, 77]; the Motion of Public Citizen, Inc., *et al*. for Summary Judgment [Rec. Doc. No. 83]; and the Motion of Scott G. Wolfe, Jr., *et al*. for Summary Judgment [Rec. Doc. No. 70]. For the reasons set forth in its Order and Reasons dated August 3, 2009 [Rec. Doc. No. 93], the Court hereby enters judgment as follows:

**IT IS ORDERED** that defendants' Motion to Dismiss is DENIED; defendants' Motions for Summary Judgment are GRANTED IN PART and DENIED IN PART; the Public

- 1 -

Citizen plaintiffs' Motion for Summary Judgment is GRANTED IN PART and DENIED IN PART; and the Wolfe plaintiffs' Motion for Summary Judgment is GRANTED IN PART and DENIED IN PART.

**IT IS FURTHER ORDERED** that the defendants' Motions for Summary Judgment are GRANTED as to Rules 7.2(c)(1)(D), 7.2(c)(1)(E), 7.2(c)(1)(I), 7.2(c)(1)(J), 7.2(c)(1)(L), 7.2(c)(10), 7.2(c)(11), and 7.6(c)(3), and DENIED in all other respects.

**IT IS FURTHER ORDERED** that the Public Citizen plaintiffs' Motion for Summary Judgment is GRANTED as to Rule 7.5(b)(2)(c), and Defendants are enjoined from enforcing Rule 7.5(b)(2)(c). The Public Citizen plaintiffs' Motion for Summary Judgment is DENIED in all other respects.

**IT IS FURTHER ORDERED** that the Wolfe plaintiffs' Motion for Summary Judgment is GRANTED as to Rule 7.6(d) and Rule 7.7 (as it pertains to filing requirements for Internet advertising), and Defendants are enjoined from enforcing Rule 7.6(d) and Rule 7.7 (as it pertains to filing requirements for Internet advertising). The Wolfe plaintiffs' Motion for Summary Judgment is DENIED in all other respects.

New Orleans, Louisiana, this <u>19th</u> day of August, 2009.

                                                    */s/ Martin L. C. Feldman*
                                                   MARTIN L. C. FELDMAN
                                             UNITED STATES DISTRICT JUDGE