# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PUBLIC CITIZEN, INC., *et al.*, | |
| Plaintiffs, | Civil Action No. 08-4451, c/w 08-4994<br>All Cases |
| v. | SEC. F (JUDGE FELDMAN)<br>MAG. 2 (MAG. JUDGE WILKINSON) |
| LOUISIANA ATTORNEY DISCIPLINARY BOARD, *et al.*; | |
| Defendants. | |

## NOTICE OF APPEAL

Notice is hereby given that plaintiffs Public Citizen, Inc.; William N. Gee, III; and William N. Gee, III, Ltd. appeal to the United States Court of Appeals for the Fifth Circuit from the order entered in this case on August 3, 2009 (Doc. No. 93), and the final judgment entered on August 24, 2009 (Doc. No. 94).

-1-

Dated: September 17, 2009　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/Gregory A. Beck
　　　　　　　　　　　　　　　　　　Gregory A. Beck, pro hac vice
　　　　　　　　　　　　　　　　　　PUBLIC CITIZEN LITIGATION GROUP
　　　　　　　　　　　　　　　　　　1600 20th Street NW
　　　　　　　　　　　　　　　　　　Washington, DC 20009
　　　　　　　　　　　　　　　　　　Telephone: (202) 588-1000
　　　　　　　　　　　　　　　　　　Facsimile: (202) 588-7795

　　　　　　　　　　　　　　　　　　Dane S. Ciolino, T.A., La Bar No. 19311
　　　　　　　　　　　　　　　　　　DANE S. CIOLINO, L.L.C.
　　　　　　　　　　　　　　　　　　P.O. Box 850848
　　　　　　　　　　　　　　　　　　New Orleans, Louisiana 70185-0848
　　　　　　　　　　　　　　　　　　Telephone: (504) 834-8519
　　　　　　　　　　　　　　　　　　Facsimile: (504) 324-0143

　　　　　　　　　　　　　　　　　　*Counsel for Plaintiffs Public Citizen, Inc., William*
　　　　　　　　　　　　　　　　　　*N. Gee, III, and William N. Gee, III, Ltd.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on September 17, 2009, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record in this case.

　　　　　　　　　　　　　　　　　　 /s/Gregory A. Beck
　　　　　　　　　　　　　　　　　　Gregory A. Beck