UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **PUBLIC CITIZEN, et al.** | * | **CIVIL ACTION** |
| | * | **NO. 08-4451, c/w 08-4994** |
| **Plaintiffs,** | * | **SECTION "F," MAG. 2** |
| **VERSUS** | * | **JUDGE FELDMAN** |
| **LOUISIANA ATTORNEY DISCIPLINARY BOARD, et al.** | * | **MAGISTRATE JUDGE WILKINSON** |
| | * | |
| **Defendants.** | * | |
| * * * * * * * * * * * * * * * * * * | * | |

## NOTICE OF APPEAL

Plaintiffs Morris Bart and Morris Bart, L.L.C. (collectively the "Bart Plaintiffs") hereby give notice of their intent to appeal to the United States Court of Appeals for the Fifth Circuit from the Judgment signed and entered into the record on August 19, 2009 [Doc. No. 94] by the District Court and its prior Order and Reasons entered into the record on August 3, 2009 [Doc. No. 93].

The Judgment granted the Defendants' Motion for Summary Judgment and denied the Bart Plaintiffs' Cross-Motion for Summary Judgment regarding the constitutionality of Rules 7.2(c)(1)(D), 7.2(c)(1)(E), 7.2(c)(1)(I), 7.2(c)(1)(J), 7.2(c)(1)(L), 7.2(c)(10), 7.2(c)(11), and 7.6(c)(3) of the Louisiana Rules of Professional Conduct.

Because the Judgment was entered into the record on August 19, 2009, the Bart Plaintiffs' Notice of Appeal is timely pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure.

Respectfully submitted,

  /s/ James M. Garner
James M. Garner, La. Bar No. 19589, T.A.
Joshua S. Force, La. Bar No. 21975
Christopher T. Chocheles, La. Bar No. 26848
SHER GARNER CAHILL RICHTER
KLEIN & HILBERT, L.L.C.
909 Poydras St., 28th Floor
New Orleans, LA 70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
Email: jgarner@shergarner.com
      jforce@shergarner.com
      cchocheles@shergarner.com

--- and ---

Terry B. Loup, La. Bar No. 8823
MORRIS BART, L.L.C.
20th Floor
909 Poydras Street
New Orleans, Louisiana 70112
Phone: (504) 599-3254
Fax: (504) 599-3380
Email: tloup@morrisbart.com

*Counsel for Plaintiffs Morris Bart and Morris Bart, L.L.C.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on September 17, 2009, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record who have registered to receive electronic service, and I effected service upon all other counsel of record via United States Mail, postage prepaid and properly addressed.

                                        /s/ James M. Garner
                                        JAMES M. GARNER