OUNT CODE:                                                    REGISTRY FUND:

SXX Accounts                                                  604700 Accounts
_____ - Restitution                                           _____ - Cash Bonds
_____ - U.S. Postal Service Forms                             _____ - Land Condemnation
_____ - Petty Offense                                         _____ - Deceased & Deserting Seaman

NERAL & SPECIAL FUNDS:
_____ - Attorney Admission (TOTAL $150.00) 085000 - $20.00 / 510000 - $130.00
_____ - Certificate of Good Standing - Duplicate Certificate of Admission (TOTAL $15.00)
         085000 - $5.00 / 510000 - $10.00                                        **SEP 1 8 2009**
       FILING FEES
_____ - Civil Filing Fee (TOTAL $350.00) 086900 - $60.00 /086400 - $100.00 /510000 - $190.00
_____ - Misc. Filings - Other Dist. Judg., Subpoena (TOTAL $39.00)
         086900 - $20.00 / 510000 - $19.00
_____ - Writ of Habeas Corpus (TOTAL $5.00) 086900 - $5.00
  X   - Appeals Filing Fee (TOTAL $455.00) 086900 - $105.00 /086400 - $200.00 /510000 - $150.00
_____ - Misdemeanor (TOTAL $32.00) 086900 - $25.00 / 510000 $7.00
       COPY FEES
_____ - Copies from public terminal (.10 per page - # of pages _____) 5114CR
_____ - Copies (.50 per page - # of pages _____) 322350
_____ - Microfiche (TOTAL $5.00) 322350 - $3.00 / 510000 - $2.00
_____ - Magnetic Tape Recordings _____ (TOTAL $26.00) 322350 - $15.00 / 510000 - $11.00
       MISCELLANEOUS ACCOUNTS
_____ - Certification (# of Cert. _____) (TOTAL $9.00 Each) 322360 - $5.00 / 510000 - $4.00
_____ - Exemplification Certificate (TOTAL $18.00) 322360 - $10.00 / 510000 - $8.00
_____ - Records Search (TOTAL $26.00 Each) (# of names _____) 322360 - $15.00 / 510000 - $11.00
_____ - Record Retrieval - Records Ctr. (TOTAL $45.00 PREPAY) 322360 - $25.00 / 510000 - $20.00
_____ - NSF Check (TOTAL $45.00) 322360 - $25.00 / 510000 - $20.00
         Recovery of Costs - Jury Assessment _____ 322380

ES & MISCELLANEOUS ACCOUNTS
_____ - Crime Victim Fund, Collateral Forfeitures (CVB), Assessment Fee, etc. 504100
_____ - Disciplinary Enforcement Fund ($15.00 Tri-annually, $5.00 PRO HAC VICE) 6855XX

                                                              *Represents*
                                                              *Morris Bert*
OUNTS RECEIVABLE
_____ - Criminal Justice Act (ALL CJA Payments) (092300 - CJAPANL)

RECEIVED FROM (FIRM): **Sher, Garner, Cahill, Richter, Klein, & Hilbert**
CASE NUMBER: **08-4451**                SECTION: **F**
CASE TITLE: **Public Citizen v. LA Atty. Disc. Board**
PAYMENT OF [ **455** | **00** ]  CASH _____   CHECK _✓_   MONEY ORDER _____
                                 SEAMAN _____  PAUPER _____  NON CASH _____

                     Civil Action Cases (for New Filings Only)
nate form to be used by counsel to indicate the Category of the cause for purpose of assignment to the
priate Judge's calendar. PLACE AN (X) IN ONE CATEGORY ONLY.

_____ 1. Cases requiring immediate action          _____ 6. Habeas Corpus & Other Convictions
         by the Court such as TRO, Injunction,              Petitions Title 28 USC Sec. 2255
         Orders to Show Cause, etc.                _____ 7. Petitions for Stay of Execution
_____ 2. Class Action                                       Death Sentence
_____ 3. Antitrust                                 _____ 8. Social Security Case
_____ 4. Patent, Trademark, Copyright              _____ 9. All Others
_____ 5. Civil Rights Case

s a THREE JUDGE COURT?     Yes _____ NO _____     Attorney of Record
s a RELATED CASE?          Yes _____ NO _____

dockets.Justia.com