**READ INSTRUCTIONS ON BACK OF LAST PAGE BEFORE COMPLETING**
**TRANSCRIPT ORDER**

| District Court | District Court Docket Number |
|---|---|
| Eastern Dist. of Louisiana | 08-4451 F |

Short Case Title: Public Citizen v. La. Atty Disc. Bd.   Court Reporter: Toni Tusa

Date Notice of Appeal Filed by Clerk of District Court: 9/17/09   Court of Appeals #: _____ (If Available)

---

**PART I.** *(To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made.)*

A. Complete one of the following:
- ☐ No hearings
- ☒ Transcript is unnecessary for appeal purposes
- ☐ Transcript is already on file in Clerk's office
- ☐ This is to order a transcript of the following proceedings: *(check appropriate box)*

    Voir dire ☐; Opening statement of plaintiff ☐ defendant ☐;
    Closing argument of plaintiff ☐ defendant ☐; Opinion of court ☐;
    Jury instructions ☐; Sentencing ☐; Bail hearing ☐;

    **HEARING DATE(S)**     **PROCEEDING**     **JUDGE/MAGISTRATE**

*[Stamp: FILED U.S. DISTRICT COURT EASTERN DISTRICT OF LOUISIANA 2009 OCT -7 AM 11:34 LORETTA G. WHYTE CLERK]*

**FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL.**

B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:

- ☐ Private funds; ☐ Criminal Justice Act Funds *(Attach copy of CJA Form 24 to court reporter's copy)*; ☐ Other IFP Funds;
- ☐ Advance Payment waived by reporter; ☐ U.S. Government Funds;
- ☐ Other _____

Signature: [signed] G. Beck   Date Transcript Ordered: _____
Print Name: Gregory A. Beck   Counsel for: William Gee, Wm Gee Ltd., Public Citizen
Address: 1600 20th St. NW, Washington DC   Telephone: 202-588-7713

**ALLOWANCE BY THE COURT FOR LEAVE TO PROCEED IN FORMA PAUPERIS IN A CIVIL APPEAL DOES NOT ENTITLE THE LITIGANT TO HAVE TRANSCRIPT AT GOVERNMENT EXPENSE.**

---

**PART II.   COURT REPORTER ACKNOWLEDGEMENT** *(To be completed by the Court Reporter and forwarded to the Court of Appeals within 7 days after receipt. Read instructions on reverse side of copy 4 before completing).*

| Date transcript order received | If arrangements are not yet made, date contact made with ordering party re: financial arrangements | Estimated completion date * | Estimated number of pages |
|---|---|---|---|
| | | | |

- ☐ Satisfactory Arrangements for payment were made on _____
- ☐ Arrangements for payment have not been made. Reason: ☐ Deposit not received ☐ Unable to contact ordering party ☐ Other *(Specify)* _____

_____ Date     _____ Signature of Court Reporter     _____ Telephone

Address of Court Reporter: _____

* Do not include an estimated completion date unless satisfactory financial arrangements have been made or waived.

---

**PART III.   NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** *(To be completed by court reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date).*

This is to certify that the transcript has been completed and filed with the District Court today.

_____ Actual Number of Pages     Actual Number of Volumes _____
_____ Date     _____ Signature of Court Reporter

___ Process
X Dktd
___ CtRmDep
___ Doc. No. _____

Copy 6 - Appellant's Copy to be sent to the District Court upon completion of Part I

DKT-13 (5/96)