Deputy Clerk

## COUNT CODE:

5SXX Accounts
_____ - Restitution
_____ - U.S. Postal Service Forms
_____ - Petty Offense

REGISTRY FUND:

604700 Accounts
_____ - Cash Bonds
_____ - Land Condemnation
_____ - Deceased & Deserting Seaman

## NERAL & SPECIAL FUNDS:

OCT - 9 2009

_____ - Attorney Admission (TOTAL $150.00) 085000 - $20.00 / 510000 - $130.00
_____ - Certificate of Good Standing - Duplicate Certificate of Admission (TOTAL $15.00)
      085000 - $5.00 / 510000 - $10.00

### FILING FEES

_____ - Civil Filing Fee (TOTAL $350.00) 086900 - $60.00 /086400 - $100.00 /510000 - $190.00
_____ - Misc. Filings - Other Dist. Judg., Subpoena (TOTAL $39.00)
      086900 - $20.00 / 510000 - $19.00
___✓___ - Writ of Habeas Corpus (TOTAL $5.00) 086900 - $5.00
___✓___ - Appeals Filing Fee (TOTAL $455.00) 086900 - $105.00 /086400 - $200.00 /510000 - $150.00
_____ - Misdemeanor (TOTAL $32.00) 086900 - $25.00 / 510000 $7.00

### COPY FEES

_____ - Copies from public terminal (.10 per page - # of pages _____) 5114CR
_____ - Copies (.50 per page - # of pages _____) 322350
_____ - Microfiche (TOTAL $5.00) 322350 - $3.00 / 510000 - $2.00
_____ - Magnetic Tape Recordings _____ (TOTAL $26.00) 322350 - $15.00 / 510000 - $11.00

### MISCELLANEOUS ACCOUNTS

_____ - Certification (# of Cert. _____) (TOTAL $9.00 Each) 322360 - $5.00 / 510000 - $4.00
_____ - Exemplification Certificate (TOTAL $18.00) 322360 - $10.00 / 510000 - $8.00
_____ - Records Search (TOTAL $26.00 Each) (# of names _____) 322360 - $15.00 / 510000 - $11.00
_____ - Record Retrieval - Records Ctr. (TOTAL $45.00 PREPAY) 322360 - $25.00 / 510000 - $20.00
_____ - NSF Check (TOTAL $45.00) 322360 - $25.00 / 510000 - $20.00
      Recovery of Costs - Jury Assessment _____ 322380

## ES & MISCELLANEOUS ACCOUNTS

_____ - Crime Victim Fund, Collateral Forfeitures (CVB), Assessment Fee, etc. 504100
_____ - Disciplinary Enforcement Fund ($15.00 Tri-annually, $5.00 PRO HAC VICE) 6855XX

## OUNTS RECEIVABLE

_____ - Criminal Justice Act (ALL CJA Payments) (092300 - CJAPANL)

RECEIVED FROM (FIRM): *Public Citizen Litigation Group (Gregory Beck)*

CASE NUMBER: *08-4451 c/w 08-4994* SECTION: *F*

CASE TITLE: *(Doc # 95)*

PAYMENT OF [ **455** ⁰⁰ ]  CASH _____  CHECK *1028*  MONEY ORDER _____

    SEAMAN _____  PAUPER _____  NON CASH _____

---

Civil Action Cases (for New Filings Only)

nate form to be used by counsel to indicate the Category of the cause for purpose of assignment to the priate Judge's calendar. PLACE AN (X) IN ONE CATEGORY ONLY.

___ 1  Cases requiring immediate action      ___ 6. Habeas Corpus & Other Convictions
    by the Court such as TRO, Injunction,         Petitions Title 28 USC Sec. 2255
    Orders to Show Cause, etc.      ___ 7. Petitions for Stay of Execution
___ 2. Class Action                            Death Sentence
___ 3  Antitrust                            ___ 8  Social Security Case
___ 4  Patent, Trademark, Copyright       ___ 9  All Others
___ 5  Civil Rights Case

s 8 THREE JUDGE COURT? _____ Yes _____ No
s a RELATED CASE? _____ Yes _____ No

Attorney of Record

Dockets.Justia.com