Public Citizen, Inc. et al v. Louisiana Attorney Disciplinary Board et al                                                                Doc. 104

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
OFFICE OF THE CLERK

Loretta G. Whyte  
Clerk

500 Poydras St., Room C-151  
New Orleans, LA 70130

December 1, 2009

Mr. Charles R. Fulbruge, III, Clerk  
U. S. Court of Appeals, Fifth Circuit  
New Orleans, LA  70130

APPEAL NO. <u>09-30925</u>

IN RE: <u>PUBLIC CITIZEN   V   LA ATTY DISCIPLINARY BOARD       CA 08-4451 F</u>

Dear Sir:

In connection with this record the following documents are transmitted and/or information is furnished.

    ___    1) Certified copy of the notice of appeal and docket entries.

    ___    2) Certified copy of notice of a cross-appeal and docket entries.

    ___    3) The Court of Appeals docket fee ___ HAS  ___ HAS NOT been paid.

    ___    4) This case is proceeding <u>in forma pauperis</u>

    ___    5) Order Appointing Counsel    ___ CJA-20    ___ FPD

    ___    6) Magistrate Judge entering the final judgment is _____

    ___    7) Court Reporter assigned to the case _____

    ___    8) If criminal case, number and names of other defendants on appeal ____

    ___    9) This case was decided without a hearing; there will be no transcript.

    ___    10) Spears hearing held.

In connection with this record, the following documents are transmitted.

    <u>x</u>    1) **Certified** Copies record on appeal consisting of:

          ___ Volume(s) of record   ___ Volume(s) transcript

          ___ Volume(s) of depositions

          ___ Container(s) of exhibits ___ Box  ___ Envelope  ___ Folder

    ___    2) Supplemental record, including _____

    ___    3) SEALED Doc._____

    ___    4) Other:_____

Very truly yours,

By___<u>Alicia Phelps</u>_____  
Deputy Clerk

dockets.Justia.com